Form 154A

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

4

In re:                                                                                   Bankruptcy Case No.: 20–20039–JAD

Chapter: 13

**Thomas Manos**         Jordan Manos
  Debtor(s)              aka Jordan Emanuele–Manos, dba Enlightened Roads Construction Company
                         25–1665557

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 16, 2020**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                          Michael R. Rhodes
  U.S. Bankruptcy Court                                                      *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 1/6/20

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas Manos  
Jordan Manos  
     Debtors

Case No. 20-20039-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: admin        Page 1 of 1        Date Rcvd: Jan 06, 2020  
                         Form ID: 154A      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.  
db/jdb        +Thomas Manos,   Jordan Manos,   4733 Verona Road,   Verona, PA 15147-1849  
15179537      Brian M. Kile,Esquire,   Grenen & Birsic, P.C.,   One Gateway Center,   Ninth Floor,   Pittsburgh, PA 15222  
15179539     +KML Law Group,   Suite 5000 - Mellon Independence Center,   Philadelphia, PA 19106-1541  
15179540     +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
15179538     +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 07 2020 03:13:46     Key Bank, N.A.,   4910 Tiedeman Road,   Cleveland, OH 44144-2338  
                                                                                                                                                        TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:  
        Michael S. Geisler   on behalf of Joint Debtor Jordan  Manos m.s.geisler@att.net,   msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
        Michael S. Geisler   on behalf of Debtor Thomas  Manos m.s.geisler@att.net,   msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                             TOTAL: 4