IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS, and,** | : | Case No. **20-20039-CMB** |
| **JORDAN MANOS,** | : | |
| | : | Doc. No. |
| *Debtors*, | : | |
| =================================== | : | |
| **THOMAS MANOS, and,** | : | Related to Doc. #11 |
| **JORDAN MANOS,** | : | |
| | : | |
| *Movants*, | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondent,** | : | |

## ORDER OF COURT

AND NOW, this  22nd  day of  January , 20 20 , upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the deadline to complete the Chapter 13 filing is extended until 1/31/2020. No further extensions shall be permitted.

_____
Jeffery A. Deller, U.S.B.J.      sjk

FILED
1/22/20 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas Manos
Jordan Manos
    Debtors

Case No. 20-20039-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Jan 22, 2020
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
db/jdb        +Thomas Manos,    Jordan Manos,    4733 Verona Road,    Verona, PA 15147-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
         Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National Association bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Michael S. Geisler    on behalf of Debtor Thomas Manos m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
         Michael S. Geisler    on behalf of Joint Debtor Jordan Manos m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                 TOTAL: 7