IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS, and JORDAN MANOS** | : | Case No.    **20-20039-JAD** |
| | : | |
| Drbtors | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|
| Husband Income | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Wife Take Home | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 |
| Total Income | $ 6,400.00 | $ 6,400.00 | $ 6,400.00 | $ 6,400.00 | $ 6,400.00 | $ 6,400.00 |

DATED:    1/31/2020

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net