IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Thomas Manos**<br>**Jordan Manos**<br><br>Debtor<br><br>**Thomas Manos**<br>**Jordan Manos**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **20-20039-JAD**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Michael S. Geisler, Esquire**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
  Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**201 Penn Center Blvd., Suite 524**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 372-2513**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

Brian M. Kile, Esquire
Grenen & Birsic, P.C.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Capital One
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Citizens Bank, N.A.
One Citizens Bank Way
JCA115
Johnston, RI 02919

County of Allegheny
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Key Bank, N.A.
4910 Tiedeman Road
Cleveland, OH 44144

KML Law Group
Suite 5000 - Mellon Independence Center
Philadelphia, PA 19106

Municipality of Penn Hills
c/o Maiello, Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Penn Hills School District
c/o Maiello Brungo & Maiello
Foxpointe II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

```
Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company, LLC
c/o S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Wilkinsburg-Penn Joint Water Auth.
2200 Robinson Blvd.
Pittsburgh, PA 15221
```