**\*FILING FEE PAID\*** (Yes / No)

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Manos_____ **JAD**/TPA/CMB/GLT

Case Number: __20-20039__

Date of Meeting: __3/2/20__  Recording # __09__
Debtor(s) present __✓__ or Not Present ____ (__ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Geisler_____ (Present __✓__ or Not Present ____)
Date of Plan at § 341: __1/31/20__  Applicable commitment period ___3 yrs  __✓__ 5 yrs

LAT requires 100% plan.

Kile — Keybank

4727 Verona Road missing from schedules on market for $325K.

__X__ Meeting HELD and CONCLUDED
____ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
____ Order to Show Cause Requested
____ To be rescheduled by Clerk

____ Confirmation Order recommended, ____ Final ____ Interim
__X__ Amended Plan due: __3/27/20__ ; Objections due: __4/17/20__

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
 ____ 341 Meeting OR __X__ Conciliation Conf. OR ____ *Contested Hearing
 On __5/21/20__ at __3:00__ am/**pm** Location __325__

_____
Chapter 13 Trustee/Attorney for Trustee

FILED 2020 MAR -5 A 9:56 CLERK U.S. BANKRUPTCY COURT PITTSBURGH