# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: THOMAS & JORDAN MANOS
- Case Number: 20-20039-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, MAY 21, 2020 03:00 PM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#18 - Continued Confirmation of Plan Dated 1/31/2020 - N
R / M #: 18 / 0

**Appearances:**

- Debtor: Geisler
- Trustee: (Winnecour) / Pail / Katz / DeSimone
- Creditor: Kile - Key Bank
  Cerce - Penn Hills S.D. and Municipality

**Proceedings:**

Outcome: Contested

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 6-10-20 at 10:30 @ tcbm - Telephonic Deller
10. _____ Other:

Case was filed 1/5/20 - only two partial payments have ever been made totalling $1,860, the current proposed payment is $4312.00 but the Trustee calculates that $8221 is actually necessary.

FILED
5/26/20 12:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

5/13/2020    2:36:50PM