IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> THOMAS MANOS and <br> JORDAN MANOS, AKA JORDAN <br> EMANUELE-MANO DBA ENLIGHTENED <br> ROADS CONSTRUCTION COMPANY <br>     Debtors, <br><br> SPECIALIZED LOAN SERVICING, LLC AS <br> SERVICING AGENT FOR WELLS FARGO <br> BANK, N.A., AS TRUSTEE FOR BANC OF <br> AMERICA FUNDING CORPORATION <br> MORTGAGE PASS-THROUGH <br> CERTIFICATES, SERIES 2007-5, <br>     Movants <br><br>                      v. <br><br> THOMAS MANOS, <br> JORDAN MANOS, AKA JORDAN <br> EMANUELE-MANO DBA ENLIGHTENED <br> ROADS CONSTRUCTION COMPANY, <br> ROSEMARY C. CRAWFORD, Trustee, <br>     Respondents. | Bankruptcy No.  20-20039-JAD <br><br> Chapter 7 <br><br> Doc. No. |

**NOTICE OF HEARING AND RESPONSE DEADLINE ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Monday, June 29, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.

If you fail to timely file and serve a response, the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed of if the hearing will go forward as scheduled. You should take this Notice and the Motion to your lawyer at once.

A telephonic hearing will be held on **Tuesday July 7, 2020, at 10:00 a.m.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay he regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties' participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5*