IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 20-20039-JAD |
| THOMAS MANOS and<br>JORDAN MANOS, AKA JORDAN<br>EMANUELE-MANO DBA ENLIGHTENED<br>ROADS CONSTRUCTION COMPANY<br>    Debtors, | Chapter 7<br><br>Doc. No. |
| SPECIALIZED LOAN SERVICING, LLC AS<br>SERVICING AGENT FOR WELLS FARGO<br>BANK, N.A., AS TRUSTEE FOR BANC OF<br>AMERICA FUNDING CORPORATION<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2007-5,<br>    Movants<br><br>              v.<br><br>THOMAS MANOS,<br>JORDAN MANOS, AKA JORDAN<br>EMANUELE-MANO DBA ENLIGHTENED<br>ROADS CONSTRUCTION COMPANY,<br>ROSEMARY C. CRAWFORD, Trustee,<br>    Respondents. | |

## CERTIFICATE OF SERVICE

    I, the under signed, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 12th day of June, 2020, I served a copy of the Notice of Hearing with Response Deadline, together with Motion for Relief from the Automatic Stay upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| | |
|---|---|
| Thomas Manos<br>Jordan Manos<br>4733 Verona Road<br>Verona, PA 15147 | Michael S. Geisler<br>201 Penn Center Blvd., Suite 524<br>Pittsburgh, PA 15235 |

| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA  15219 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
|---|---|

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

*Counsel for Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5*