IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS, and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
| *Debtors,* | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | Doc. No._____ |
| *Movants,* | : | |
| vs | : | Hearing Date: 7/24/2020 |
| BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., | : | at 11:00 a.m. |
| CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, | : | |
| DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, | : | |
| KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., | : | |
| MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL | : | |
| GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. | : | |
| TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, | : | |
| MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and | : | |
| RONDA J. WINNECOUR, TRUSTEE, | | |
| *Respondents* | | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S APPLICATION TO EMPLOY REALTOR NUNC PRO TUNC

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **7/16/2020**, (i.e., seventeen (17) days after the date of the service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response an order granting the relief requested in the Motion may be entered and the hearing may not be held.

Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and a Motion to your lawyer at once.

A telephonic hearing will be held on **7/24/2020 at 11:00 A.M.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date.

DATED: 6/29/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
410 Jonnet Building
Monroeville, PA 15146
Tele: (412) 372-2820
Fax: (412) 372-2513