IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>THOMAS MANOS and<br>JORDAN MANOS, AKA JORDAN EMANUELE-MANO DBA ENLIGHTENED ROADS CONSTRUCTION COMPANY<br>    Debtors,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5,<br>    Movants<br><br>            v.<br><br>THOMAS MANOS,<br>JORDAN MANOS, AKA JORDAN EMANUELE-MANO DBA ENLIGHTENED ROADS CONSTRUCTION COMPANY,<br>ROSEMARY C. CRAWFORD, Trustee,<br>    Respondents. | Bankruptcy No.  20-20039-JAD<br><br>Chapter 7<br><br><br>Doc. No. 43 |

### CERTIFICATE OF NO OBJECTION OR RESPONSE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, at Doc. No. 43, and served on the Respondents herein has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than June 29, 2020.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112
Fax: (412) 456-8135

Dated:  June 30, 2020