IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 20-20039-JAD |
| | ) | |
| Thomas Manos and | ) | Chapter 7 |
| Jordan Manos, | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| | ) | Related to Doc. No. 55 |

## ORDER

**AND NOW**, this **29th** day of **June, 2020**, whereas the Motion To Sell Property (Doc. No. 55) is scheduled for hearing on **July 24, 2020, at 11 AM** (the "Sale Hearing"), and whereas hearings are being held **telephonically** at this time pursuant to Standing Order 20-204 and the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller,*[1] it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. Counsel for the Movant(s) shall contact the original offeror and any known, potential bidders who may be interested in bidding at the Sale Hearing to (1) advise that the hearing will be telephonic; (2) inform them that participation in the hearing shall be through CourtCall; and (3) provide the information necessary to register and participate in the hearing through CourtCall as set forth in more detail in the attached Notice to Bidders.[2]

---

[1] Please note that the Standing Order and the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller* are available on the Court's website.

[2] The Notice to Bidders is designed to be posted at the Court to advise bidders of the telephonic procedure in the event they did not receive advance notice. The Court understands that Counsel for Movant(s) may not know the identities of all interested bidders; however, to the extent possible, all interested parties should be contacted to avoid confusion and/or interruption of the Sale Hearing.

1

2. **At least two business days before the Sale Hearing,** Counsel for Movant(s) shall file a certification with the Court confirming that the information was provided in compliance with this Order. Counsel is **not** required to disclose the identities of the parties contacted.

Dated: June 29, 2020

_____sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
6/29/20 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# NOTICE TO BIDDERS

**If you are present to bid at a sale hearing scheduled to be held in Courtroom D before The Honorable Jeffery A. Deller, please comply with the telephonic procedure outlined below as all hearings are being held telephonically until further notice.**

- **To participate in the sale hearing, you must contact CourtCall at (866) 582-6878. Please do so <u>IMMEDIATELY</u> to ensure that you have an opportunity to bid when the case is called.**

- **In addition to identifying that you are calling to participate in a sale hearing before <u>Judge Jeffery A. Deller</u> in the United States Bankruptcy Court for the Western District of Pennsylvania, be prepared to identify the following:**
    - **Date & Time of the Hearing;**
    - **Case Name and Case Number;**
    - **Your name, address, and telephone number; and**
    - **Any additional information requested by CourtCall.**

**Please note that, under the current circumstances, this service is being provided at no charge to individuals who are unrepresented by counsel.**

**Further information regarding Judge Deller's modified telephonic procedures is available on the Court's website.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas Manos  
Jordan Manos  
    Debtors

Case No. 20-20039-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Jun 29, 2020  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.  
db/jdb         +Thomas Manos,    Jordan Manos,    4733 Verona Road,    Verona, PA 15147-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:
        Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
         mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
         Association bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
         Hills jlc@mbm-law.net
        Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for
         Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
         Certificates, Series 2007-5 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
        Keri P. Ebeck    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WELLS
         FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH
         CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Michael S. Geisler    on behalf of Joint Debtor Jordan   Manos m.s.geisler@att.net,
         msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
        Michael S. Geisler    on behalf of Debtor Thomas   Manos m.s.geisler@att.net,
         msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                    TOTAL: 12