IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>THOMAS MANOS and<br>JORDAN MANOS, AKA JORDAN<br>EMANUELE-MANO DBA ENLIGHTENED<br>ROADS CONSTRUCTION COMPANY<br>    Debtors,<br><br>SPECIALIZED LOAN SERVICING, LLC AS<br>SERVICING AGENT FOR WELLS FARGO<br>BANK, N.A., AS TRUSTEE FOR BANC OF<br>AMERICA FUNDING CORPORATION<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2007-5,<br>    Movants<br><br>               v.<br><br>THOMAS MANOS,<br>JORDAN MANOS, AKA JORDAN<br>EMANUELE-MANO DBA ENLIGHTENED<br>ROADS CONSTRUCTION COMPANY,<br>ROSEMARY C. CRAWFORD, Trustee,<br>    Respondents. | Bankruptcy No. 20-20039-JAD<br><br>Chapter 7<br><br>Related to<br>Doc. No.    43 |

## ORDER OF COURT

AND NOW, this __7th__ day of __July__, 2020, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

1. The Motion for Relief From The Automatic Stay filed by Specialized Loan Servicing, LLC as servicing agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 is continued to a Court Call telephonic hearing on July 24, 2020 at 11:00 a.m.

2. As adequate protection to the Movant, the Debtors shall immediately tender a monthly payment to the Movant.

3. By no later than July 21, 2020, the Debtors are directed to file with the Court: (a) copies of a completed Chapter 13 business case questionnaire along with a statement of post-petition income and expenses, (b) amend the Debtors' schedules of assets and liabilities and statement of financial affairs, such that all assets, income and debts are accurately disclosed, and (c) a copy of the proposed amended Chapter 13 plan which the Debtors would like to pursue in the event this case is re-converted to Chapter 13.

FILED
7/7/20 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Dated: July 7, 2020

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-20039-JAD
Thomas Manos                                                        Chapter 7
Jordan Manos
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: llea            Page 1 of 1            Date Rcvd: Jul 07, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db/jdb         +Thomas Manos,   Jordan Manos,   4733 Verona Road,   Verona, PA 15147-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
              Brian M. Kile    on behalf of Creditor   Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for
               Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WELLS
               FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Michael S. Geisler    on behalf of Joint Debtor Jordan  Manos m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Michael S. Geisler    on behalf of Debtor Thomas  Manos m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 12