IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  **Thomas Manos**<br>**Jordan Manos** | :  Bankruptcy No. **20-20039-JAD** |
| | : |
| Debtor | : |
| | :  Chapter **13** |
| Movant | : |
| | :  Related to Document No. |
| v. | : |
| | : |
| No Respondent | : |
| Respondent (if none, then "No  Respondent") | : |

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____    Voluntary Petition - *Specify reason for amendment*:

_____    Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____    Summary of Schedules
_____    Schedule A - Real Property
_____    Schedule B - Personal Property
_____    Schedule C - Property Claimed as Exempt
__X__    Schedule D - Creditors holding Secured Claims
   Check one:
    __X__    Creditor(s) added
    _____    NO Creditor(s) added
    _____    Creditor(s) deleted
__X__    Schedule E - Creditors Holding Unsecured Priority Claims
   Check one:
    __X__    Creditor(s) added
    _____    NO Creditor(s) added
    _____    Creditor(s) deleted
__X__    Schedule F - Creditors Holding Unsecured Nonpriority Claims
   Check one:
    __X__    Creditor(s) added
    _____    NO Creditor(s) added
    _____    Creditor(s) deleted
_____    Schedule G - Executory Contracts and Unexpired Leases
   Check one:
    _____    Creditor(s) added
    _____    NO Creditor(s) added
    _____    Creditor(s) deleted
_____    Schedule H - Codebtors
_____    Schedule I - Current Income of Individual Debtor(s)
_____    Schedule J - Current Expenditures of Individual Debtor(s)
_____    Statement of Financial Affairs
_____    Chapter 7 Individual Debtor's Statement of Intention
_____    Chapter 11 List of Equity Security Holders
_____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____    Disclosure of Compensation of Attorney for Debtor
_____    Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:     **N/A.**

Date    **July 22, 2020**

**/s/ Michael S. Geisler, Esquire**
Attorney for Debtor(s) [or *pro se* Debtor(s)]

**Michael S. Geisler, Esquire**
(Typed Name)

**Attorney-at-Law**
**201 Penn Center Blvd., Suite 524**
**Pittsburgh, PA 15235**
(Address)

**(412) 613-2133**
(Phone No.)

**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Thomas Manos** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jordan Manos** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number     **20-20039-JAD**
(if known)

■ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B...................................................................    $    494,200.00

    1b. Copy line 62, Total personal property, from Schedule A/B.........................................................    $    25,000.00

    1c. Copy line 63, Total of all property on Schedule A/B..................................................................    $    519,200.00

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $    379,481.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................    $    31,133.00

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........................    $    120,652.00

    **Your total liabilities**    $    531,266.00

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*..................................................................    $    8,523.00

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*..........................................................................    $    3,950.00

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■    Yes

7.  **What kind of debt do you have?**

    ☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Thomas Manos** | | |
|---|---|---|---|
| Debtor 2 | **Jordan Manos** | Case number *(if known)* | **20-20039-JAD** |

the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---:|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 31,133.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 31,133.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Thomas Manos** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jordan Manos** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **20-20039-JAD** | | |
| (if known) | | | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
                                                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 **County of Allegheny** | Describe the property that secures the claim: | **$3,568.00** | **$192,200.00** | **$3,568.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Goehring, Rutter & Boehm**
**14th Floor, Frick Building**
**Pittsburgh, PA 15219**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**4727 Verona Road Verona, PA 15147 Allegheny County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

Date debt was incurred _____      Last 4 digits of account number _____

| 2.2 **County of Allegheny** | Describe the property that secures the claim: | **$881.00** | **$100,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Goehring, Rutter & Boehm**
**14th Floor, Frick Building**
**Pittsburgh, PA 15219**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**4733 Verona Road Verona, PA 15147 Allegheny County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

Date debt was incurred _____      Last 4 digits of account number _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Thomas Manos** | | | Case number (if known) | **20-20039-JAD** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jordan Manos** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.3 | **County of Allegheny** | | **Describe the property that secures the claim:** | **$925.00** | **$80,200.00** | **$0.00** |

Creditor's Name

**c/o Goehring, Rutter & Boehm**
**14th Floor, Frick Building**
**Pittsburgh, PA 15219**

Number, Street, City, State & Zip Code

**230 Lansdowne Drive Verona, PA 15147  Allegheny County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

Date debt was incurred _____        Last 4 digits of account number _____

---

| 2.4 | **County of Allegheny** | | **Describe the property that secures the claim:** | **$522.00** | **$25,000.00** | **$0.00** |

Creditor's Name

**c/o Goehring, Rutter & Boehm**
**14th Floor, Frick Building**
**Pittsburgh, PA 15219**

Number, Street, City, State & Zip Code

**Sandy Creek - Vacant Commercial Land 367-J-240 Verona, PA 15147 Allegheny County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

Date debt was incurred _____        Last 4 digits of account number _____

---

| 2.5 | **County of Allegheny** | | **Describe the property that secures the claim:** | **$522.00** | **$75,000.00** | **$0.00** |

Creditor's Name

**c/o Goehring, Rutter & Boehm**
**14th Floor, Frick Building**
**Pittsburgh, PA 15219**

Number, Street, City, State & Zip Code

**Verona Road - Vacant - Commercial Land 367-J-245 Verona, PA 15147 Allegheny County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

Date debt was incurred _____        Last 4 digits of account number _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Thomas Manos** | | | Case number (if known) | **20-20039-JAD** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jordan Manos** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.6 | **Key Bank, N.A.** | | $219,978.00 | $192,200.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **4727 Verona Road Verona, PA 15147 Allegheny County**

**4910 Tiedeman Road
Cleveland, OH 44144**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **First Mortgage**

**Date debt was incurred**  **10/31/2016**      Last 4 digits of account number _____

---

| 2.7 | **Municipality of Penn Hills** | | $4,313.00 | $192,200.00 | $4,313.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **4727 Verona Road Verona, PA 15147 Allegheny County**

**c/o Maiello, Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

**Date debt was incurred** _____      Last 4 digits of account number _____

---

| 2.8 | **Municipality of Penn Hills** | | $2,181.00 | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

> **4733 Verona Road Verona, PA 15147 Allegheny County**

**c/o Maiello, Brungo & Maiello, LLP
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

**Date debt was incurred** _____      Last 4 digits of account number _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor 1 | Thomas Manos | | | Case number (if known) | **20-20039-JAD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Jordan Manos | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.9** | **Municipality of Penn Hills** | Describe the property that secures the claim: | **$1,000.00** | **$80,200.00** | **$0.00**

Creditor's Name

**c/o Maiello, Brungo & Maiello, LLP Foxpoint II 100 Purity Road, Suite 3 Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**230 Lansdowne Drive Verona, PA 15147  Allegheny County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Tax Lien**

Date debt was incurred _____     Last 4 digits of account number _____

---

**2.10** | **Municipality of Penn Hills** | Describe the property that secures the claim: | **$525.00** | **$25,000.00** | **$0.00**

Creditor's Name

**c/o Maiello, Brungo & Maiello, LLP Foxpoint II 100 Purity Road, Suite 3 Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**Sandy Creek - Vacant Commercial Land 367-J-240 Verona, PA 15147 Allegheny County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Tax Lien**

Date debt was incurred _____     Last 4 digits of account number _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Thomas Manos** | | | Case number (if known) | **20-20039-JAD** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jordan Manos** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.1 1 | **Municipality of Penn Hills** | | $525.00 | $75,000.00 | $525.00 |

Creditor's Name

**c/o Maiello, Brungo & Maiello, LLP**
**Foxpoint II**
**100 Purity Road, Suite 3**
**Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**Verona Road - Vacant - Commercial Land 367-J-245 Verona, PA 15147 Allegheny County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Tax Lien**

**Last 4 digits of account number** _____

---

| 2.1 2 | **Penn Hills School District** | | $26,647.00 | $192,200.00 | $26,647.00 |

Creditor's Name

**c/o Maiello Brungo & Maiello**
**Foxpoint II**
**100 Purity Road, Suite 3**
**Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**4727 Verona Road Verona, PA 15147 Allegheny County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **Tax Lien**

**Last 4 digits of account number** _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Thomas Manos** | | | Case number (if known) | **20-20039-JAD** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jordan Manos** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.1 3 | **Penn Hills School District** | Describe the property that secures the claim: | $7,948.00 | $100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Maiello Brungo & Maiello**
**Foxpointe II**
**100 Purity Road, Suite 3**
**Pittsburgh, PA 15235**

**4733 Verona Road Verona, PA 15147 Allegheny County**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Tax Lien**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

---

| 2.1 4 | **Penn Hills School District** | Describe the property that secures the claim: | $2,700.00 | $80,200.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Maiello Brungo & Maiello**
**Foxpoint II**
**100 Purity Road, Suite 3**
**Pittsburgh, PA 15235**

**230 Lansdowne Drive Verona, PA 15147  Allegheny County**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Tax Lien**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | **Thomas Manos** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Jordan Manos** |
| | First Name            Middle Name            Last Name |

Case number (if known)   **20-20039-JAD**

---

| 2.1 5 | **Penn Hills School District** | | $1,974.00 | $25,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Maiello Brungo &
Maiello
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Sandy Creek - Vacant Commercial
Land 367-J-240 Verona, PA 15147
Allegheny County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　 community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
　 car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| 2.1 6 | **Penn Hills School District** | | $1,974.00 | $75,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Maiello Brungo &
Maiello
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Verona Road - Vacant - Commercial
Land 367-J-245 Verona, PA 15147
Allegheny County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
　 community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
　 car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Tax Lien**

**Date debt was incurred** _____    **Last 4 digits of account number** _____

---

| | | |
|---|---|---|
| Debtor 1 | **Thomas Manos** | |
| | First Name        Middle Name        Last Name | Case number (if known)  **20-20039-JAD** |
| Debtor 2 | **Jordan Manos** | |
| | First Name        Middle Name        Last Name | |

---

**2.17**

**PNC Bank, N.A.**
Creditor's Name

**3232 Newmark Drive**
**Miamisburg, OH 45342**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:       $63,028.00       $100,000.00       $0.00

**4733 Verona Road Verona, PA 15147**
**Allegheny County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **First Mortgage**

Last 4 digits of account number _____

---

**2.18**

**Wells Fargo Bank, N.A.**
Creditor's Name

**c/o Specialized Loan**
**Servicing,,LLC.**
**8742 Lucent Blvd., Suite**
**300**
**Littleton, CO 80129**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:       $40,270.00       $21,800.00       $18,470.00

**28 Spruce Street Natrona Heights,**
**PA 15065  Allegheny County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)    **First Mortgage**

Last 4 digits of account number _____

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$379,481.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$379,481.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Brian M. Kile,Esquire**
**Grenen & Birsic, P.C.**
**One Gateway Center**
**Ninth Floor**
**Pittsburgh, PA 15222**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number ___

---

| Debtor 1 | **Thomas Manos** | | | Case number (if known) | **20-20039-JAD** |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Jordan Manos** | | | | |
| | First Name | Middle Name | Last Name | | |

☐     Name, Number, Street, City, State & Zip Code

**KML Law Group**
**Suite 5000 - Mellon Independence Center**
**Philadelphia, PA 19106**

On which line in Part 1 did you enter the creditor?   **2.17**

Last 4 digits of account number ___

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 9

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Thomas Manos** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jordan Manos** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **20-20039-JAD** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | $30,280.00 | $30,280.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2017-2019**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Income Tax**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    52202                    Best Case Bankruptcy

| Debtor 1 | **Thomas Manos** | | |
|---|---|---|---|
| Debtor 2 | **Jordan Manos** | Case number (if known) | **20-20039-JAD** |

| 2.2 | **Pennsylvania Department of Revenue** | Last 4 digits of account number _____ | **$853.00** | **$853.00** | **$0.00** |

Priority Creditor's Name

**Bankruptcy Division PO Box 280946**
**Harrisburg, PA 17128-0946**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Bank of America, N.A.** | Last 4 digits of account number _____ | **$12,809.00** |

Nonpriority Creditor's Name

**c/o Frederick I. Weinberg, Esquire**
**Frederick I. Weinberg and Assoc.**
**15 E. Elm Street, Suite 210**
**Conshohocken, PA 19428**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Judgment** _____

---

| | |
|---|---|
| Debtor 1 | **Thomas Manos** |
| Debtor 2 | **Jordan Manos** |

Case number (if known)    **20-20039-JAD**

---

**4.2**    **Capital One**                                           Last 4 digits of account number _____        $18,961.00
Nonpriority Creditor's Name

**by American InfoSource as agent**
**P.O. Box 71083**                                  When was the debt incurred? _____
**Charlotte, NC 28272-1083**
Number Street City State Zip Code

**Who incurred the debt? Check one.**                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent

☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community**        ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Credit card purchases**

---

**4.3**    **Citizens Bank, N.A.**                                Last 4 digits of account number _____        $8,023.00
Nonpriority Creditor's Name

**One Citizens Bank Way**
**JCA115**                                          When was the debt incurred? _____
**Johnston, RI 02919**
Number Street City State Zip Code

**Who incurred the debt? Check one.**                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only                                    ☐ Contingent

☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Credit card purchases**

---

**4.4**    **Discover Bank**                                     Last 4 digits of account number _____        $7,939.00
Nonpriority Creditor's Name

**Discover Products, Inc.**
**P.O. Box 3025**                                   When was the debt incurred? _____
**New Albany, OH 43054-3025**
Number Street City State Zip Code

**Who incurred the debt? Check one.**                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                    ☐ Contingent

☐ Unliquidated
■ Debtor 1 and Debtor 2 only                       ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**        ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Credit card purchases**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor 1  **Thomas Manos**

Debtor 2  **Jordan Manos**

Case number (if known)  **20-20039-JAD**

---

| 4.5 | **Duquesne Light Company** | Last 4 digits of account number | | $106.00 |

Nonpriority Creditor's Name

**c/o Keri P. Ebeck, Esquire**
**Bernstein-Burkley, P.C.**
**Suite 2200, Gulf Tower**
**Pittsburgh, PA 15219-1900**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Electric Bill**

---

| 4.6 | **Duquesne Light Company** | Last 4 digits of account number | | $218.00 |

Nonpriority Creditor's Name

**c/o Keri P. Ebeck, Esquire**
**Bernstein-Burkley, P.C.**
**Suite 2200, Gulf Tower**
**Pittsburgh, PA 15219-1900**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Electric Bill**

---

| 4.7 | **Internal Revenue Service** | Last 4 digits of account number | | $36,314.00 |

Nonpriority Creditor's Name

**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?**    **2016-2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Income Tax**

---

Debtor 1    **Thomas Manos**
Debtor 2    **Jordan Manos**

Case number (if known)    **20-20039-JAD**

---

| 4.8 | **Midland Credit Management, Inc.** | Last 4 digits of account number _____ | $4,557.00 |

Nonpriority Creditor's Name

**P.O. Box 2037**
**Warren, MI 48090**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases - Synchrony Bank**

---

| 4.9 | **Pennsylvania Department of Revenue** | Last 4 digits of account number _____ | $138.00 |

Nonpriority Creditor's Name

**Bankruptcy Division**
**P.O. Box 280946**
**Harrisburg, PA 17128-0946**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Income Tax**

---

| 4.10 | **Peoples Natural Gas Company, LLC** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**c/o S. James Wallace, Esquire**
**845 N. Lincoln Avenue**
**Pittsburgh, PA 15233**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Heating Bill**

---

Debtor 1  **Thomas Manos**

Debtor 2  **Jordan Manos**

Case number *(if known)*   **20-20039-JAD**

---

| 4.1<br>1 | **PNC Bank** | | Last 4 digits of account number | | | $11,682.00 |

Nonpriority Creditor's Name

**P.O. Box 94982**
**Cleveland, OH 44101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Loan**

---

| 4.1<br>2 | **PNC Bank** | | Last 4 digits of account number | | | $18,414.00 |

Nonpriority Creditor's Name

**P.O. Box 94982**
**Cleveland, OH 44101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Loan**

---

| 4.1<br>3 | **Portfolio Recovery Associates, LLC** | | Last 4 digits of account number | | | $1,056.00 |

Nonpriority Creditor's Name

**P.O. Box 41067**
**Norfolk, VA 23541-1067**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account - Home Depot**

---

Debtor 1  **Thomas Manos**

Debtor 2  **Jordan Manos**

Case number (if known)    **20-20039-JAD**

---

**4.1
4**

**Verizon**

Nonpriority Creditor's Name

**by American Infosource, LP as
agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $189.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Telephone Bill**

---

**4.1
5**

**Verizon**

Nonpriority Creditor's Name

**by American Infosource, LP as
agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $152.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Telephone Bill**

---

**4.1
6**

**Verizon**

Nonpriority Creditor's Name

**by American Infosource, LP as
agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $94.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Telephone Bill**

---

Official Form 106 E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               **Page 7 of 8**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

| Debtor 1 | **Thomas Manos** | | |
|---|---|---|---|
| Debtor 2 | **Jordan Manos** | Case number (if known) | **20-20039-JAD** |

---

| 4.1 7 | **Wilkinsburg-Penn Joint Water Auth.** | **Last 4 digits of account number** _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2200 Robinson Blvd.**
**Pittsburgh, PA 15221**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Water Bill**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | 31,133.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 31,133.00 |

| | | | | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 120,652.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 120,652.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Thomas Manos** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jordan Manos** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | **20-20039-JAD** | | |
| (if known) | | | |

■ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X  **/s/ Thomas Manos** | X  **/s/ Jordan Manos** |
| **Thomas Manos** | **Jordan Manos** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **July 22, 2020** | Date  **July 22, 2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy