IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS, and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
| *Debtors,* | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | Doc. No._____ |
| *Movants,* | : | |
| vs | : | Hearing Date: 7/24/2020 |
| BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., | : | at 11:00 a.m. |
| CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, | : | |
| DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, | : | |
| KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., | : | |
| MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL | : | |
| GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. | : | |
| TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, | : | |
| MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and | : | |
| RONDA J. WINNECOUR, TRUSTEE, | | |
| *Respondents* | | |

## NOTICE OF HEARING ON MOTION TO SELL
## REAL PROPERTY FREE AND DIVESTED OF LIENS

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **7/16/2020**, (i.e., seventeen (17) days after the date of the service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response an order granting the relief requested in the Motion may be entered and the hearing may not be held.

Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take this Notice and a Motion to your lawyer at once.

A telephonic hearing will be held on **7/24/2020 at 11:00 A.M.** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date.

DATED: 6/29/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:   (412) 613-2133
Fax:    (412) 372-2513

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Chapter 13 |
| **THOMAS MANOS, and JORDAN MANOS,** : | Case No. **20-20039-JAD** |
| *Debtors,* : | |
| **THOMAS MANOS and JORDAN MANOS,** : | Doc. No._____ |
| *Movants,* : | |
| vs : | Hearing Date: 7/24/2020 at 11:00 a.m. |
| **BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A. , CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and RONDA J. WINNECOUR, TRUSTEE,** : | |
| *Respondents* : | |

**NOTICE OF HEARING ON MOTION TO SELL
AT PUBLIC SALE, FREE AND DIVESTED OF LIENS**

To Respondents and all Creditors and Parties in Interest of the above named Debtor.

NOTICE IS HEREBY GIVEN THAT the Debtor, THOMAS MANOS and JORDAN MANOS, have filed a ***Motion for Public Sale*** of the following property:

4727 Verona Road, Verona, PA 15147

to JOSEPH FRANK WINKLMANN, JR. and JOSEPH JOHN WINKLMANN, for $320,000.00, according to the terms set forth in the *Motion for Sale.*

An *Order* has been issued setting deadlines for objections to the sale of property and for the date of the hearing on the sale. On or before, any objections shall be filed with the U.S. Bankruptcy Court, 5414 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, with a copy served on all interested parties. A hearing is scheduled for July 24, 2020 at 11:00 A.M. before Judge Jeffery A. Deller, **at which time higher offers will be considered, and objections to said sale will be heard.** Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases which may be found on the Court's webpage at www.pawb.uscourts.gov

Date of Notice: 6/29/2020.

_____
**MICHAEL S. GEISLER, ESQUIRE,
ATTORNEY FOR DEBTOR**

Arrangements for inspection prior to
Said sale hearing may be made with:
Michael S. Geisler, Esquire
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS, and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
|     *Debtors,* | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | Doc. No._____ |
|     *Movants,* | : | |
|     vs | : | Hearing Date: 7/24/2020 at |
| **BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A. , CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and RONDA J. WINNECOUR, TRUSTEE,** | : | 11:00 a.m. |
|     *Respondents* | : | |

## DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND DIVESTED OF LIENS

AND NOW come the Debtors, THOMAS MANOS and JORDAN MANOS, by and through their Attorney, MICHAEL S. GEISLER, ESQUIRE, and file this Motion, of which the following is a statement:

1. Movants are the Debtors.

2. The Debtors filed a Chapter 13 Petition on 1/5/2020.

3. The Debtors are the owners of real property located at 4727 Verona Road, Verona, PA 15147, Lot and Block No.367-J-222. Deed recorded in the Recorder's Office of Allegheny County, Pennsylvania in Deed Book Volume 9514, page 578.

4. The Debtors entered into a sale agreement on 5/6/2020 to sell the real property to JOSEPH FRANK WINKLMANN, JR. and JOSEPH JOHN WINKLMANN, for the sum of $320,000.00. A copy of said Agreement is attached hereto as Exhibit "A".

5. Debtors wish to sell this property free and clear of liens. Said liens are listed as follows:
Bank of America, N.A. vs. Thomas C. Manos, Judgment for $12,808.78, filed in the Court of Common Pleas of Allegheny County, Pennsylvania at AR-004514, on 11/20/2019.

    Mortgage to First Niagra Bank, N.A. on 10/31/2016, in the Original Amount of $205,993.74, recorded in the Recorders Office of Allegheny County, Pennsylvania on 1/30/2017 in Mortgage Book Volume 47510, page 157. KeyBank, N.A. is the successor to First Niagra Bank, N.A.

WHEREFORE, the Debtors pray that this Court enter an order directing and confirming the sale of the said property.

DATED: 6/29/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:   (412) 613-2133
Fax:   (412) 372-2513

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Chapter 13 |
| **THOMAS MANOS, and JORDAN MANOS,** : | Case No. **20-20039-JAD** |
| *Debtors,* : | |
| **THOMAS MANOS and JORDAN MANOS,** : | Doc. No._____ |
| *Movants,* : | |
| vs : | Hearing Date: 7/24/2020 |
| **BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A. ,** : | at 11:00 a.m. |
| **CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK,** : | |
| **DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE,** : | |
| **KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC.,** : | |
| **MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT,** : | |
| **PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL** : | |
| **GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY** : | |
| **ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A.** : | |
| **TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY,** : | |
| **MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and** : | |
| **RONDA J. WINNECOUR, TRUSTEE,** | |
| *Respondents* | |

## ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY
## FREE AND DIVESTED OF LIENS

AND NOW, this _____ day of _____, 20___, upon consideration of the ***Debtor's Motion for Sale of Real Estate Free and Divested of Liens***, to for $320,000.00, after hearing held in Courtroom "D", 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, the Court finds:

(1)    That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion/Compliant for private sale, viz:

**DATE OF SERVICE**           **NAME OF LIENOR AND SECURITY**

6/29/2020                **RONDA J. WINNECOUR, CH. 13 TRUSTEE**
                         Suite 3250, U.S. Steel Building
                         600 Grant Street
                         Pittsburgh, PA 15219

| | |
|---|---|
| 6/29/2020 | BANK OF AMERICA, N.A.<br>c/o Frederic I. Weinberg, Esquire<br>The Law Offices of Frederic I. Weinberg and Associates<br>75 East Elm Street, Suite 210<br>Conshohocken PA 19428 |
| 6/29/2020 | KEYBANK, N.A.<br>c/o Brian M. Kile, Esquire<br>Grenen & Birsic, PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 |

(2) That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movant as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

(3) That said sale hearing was duly advertised on the Court's website pursuant to W.PA.LBR 6004-1(c) on 6/29/2020, in_____ _____on_____and in the _____ on _____ as shown by the Proof of Publications duly filed.

(4) That at the sale hearing the highest/best offer received was that of the Purchaser(s) and no objections to the sale were made which would result in cancellation of said sale.

(5) That the price $ _____ offered by _____ _____ was a full and fair price for the property in question.

(6) That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.* 788 F.2d 143 (3d Cir. 1986).

**IT IS ORDERED, ADJUDGED AND DECREED** that the private sale by Sopecial Warranty Deed of the real property described as 4727 Verona Road, Verona, PA 15147, is hereby **CONFIRMED** to _____ for $_____, free and divested of liens herein described; and that the Movant shall make, execute and deliver to the purchaser above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

**IT IS FURTHER ORDERED**, that the above recited liens, claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens, claims, and interests;

**FURTHER ORDERED**, that the following expenses/costs shall immediately be paid at the time of closing. ***Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions***,

including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after Notice and Hearing.

(1) The following liens/claims: **None.**
(2) Delinquent real estate taxes, if any;
(3) Current real estate taxes, pro-rated to the date of closing;
(4) The costs of local newspaper advertising in the amount of $_____
(5) The costs of legal journal advertising in the amount of $_____
(6) The Court approved realtor commission in the amount of $_____.
(7) Court approved attorney's fees in the amount of $1,000.00.
(8) Chapter 13 "percentage fees" in the amount of $_____ to *Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 2587, Pittsburgh, PA 15230.*
(9) The "net proceeds" from the closing as identified on the HUD-1 to the Chapter 13 Trustee payable to *Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 1132, Memphis, TN 38101-1132*; and
(10) Other: N/A.

**FURTHER ORDERED** that:

(1) Closing shall occur within thirty (30) days of this order and, **within five (5) days following closing**, the Movant shall file a report of sale;

(2) The Sale Confirmation Order survives any dismissal or conversion of the within case; and,

(3) **Within five (5) days of the date of this Order**, the Movant shall serve a copy of the within Order on each Respondent/Defendant (i.e. each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the Motion or appeared at the hearing, the attorney for the debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file certificate of service.

_____
JEFFERY A. DELLER
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| THOMAS MANOS, and JORDAN MANOS, | : | Case No. **20-20039-JAD** |
| *Debtors,* | : | |
| THOMAS MANOS and JORDAN MANOS, | : | Doc. No._____ |
| *Movants,* | : | |
| vs | : | Hearing Date: 7/24/2020 |
| BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A. , | : | at 11:00 a.m. |
| CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, | : | |
| DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, | : | |
| KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., | : | |
| MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL | : | |
| GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. | : | |
| TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, | : | |
| MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and | : | |
| RONDA J. WINNECOUR, TRUSTEE, | | |
| *Respondents* | | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the Notice to Bidders upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

JOSEPH FRANK WINKLMANN, JR.
JOSEPH JOHN WINKLMANN
5 Verona Blvd.
Pittsburgh, PA 15235

DATED: 7/22/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net