IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| THOMAS MANOS, and JORDAN MANOS, | : | Case No. **20-20039-JAD** |
| *Debtors,* | : | |
| THOMAS MANOS and JORDAN MANOS, | : | Doc. No._____ |
| *Movants,* | : | |
| vs | : | Hearing Date: 7/24/2020 |
| BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A. , | : | at 11:00 a.m. |
| CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, | : | |
| DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, | : | |
| KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., | : | |
| MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL | : | |
| GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. | : | |
| TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, | : | |
| MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and | : | |
| RONDA J. WINNECOUR, TRUSTEE, | | |
| *Respondents* | | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the Notice to Bidders upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

JOSEPH FRANK WINKLMANN, JR.
JOSEPH JOHN WINKLMANN
5 Verona Blvd.
Pittsburgh, PA 15235

DATED: 7/22/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net

- 1 -