IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **THOMAS MANOS, and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
| *Debtors*, | : | Related to Doc. No. 72 |
| =================================== | : | |
| **SPECIALIZED LOAN SERVICING,, LLC.** | : | Hearing Date: 7/7/2020 at 10:00 a.m. |
| *Movants*, | : | |
| vs. | : | |
| **THOMAS MANOS, and JORDAN MANOS,** | : | |
| *Respondents*, | : | |

## ORDER OF COURT

AND NOW, this __23rd__ day of __July__, 20__20__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the deadline to file and serve an Amended Plan, file an Amended Schedules and Statement of Financial Affairs, Business Case Questionnaire, and Monthly Operating Reports is extended until 7/22/2020.

_____ sjk
Jeffery A. Deller, U.S.B.J.

FILED
7/23/20 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas Manos
Jordan Manos
    Debtors

Case No. 20-20039-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Jul 23, 2020
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
db/jdb        +Thomas Manos,    Jordan Manos,    4733 Verona Road,    Verona, PA 15147-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:

       Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
       James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National Association bkgroup@kmllawgroup.com
       Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
       Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
       Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
       Keri P. Ebeck    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
       Michael S. Geisler    on behalf of Joint Debtor Jordan Manos m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
       Michael S. Geisler    on behalf of Debtor Thomas Manos m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
       Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com, PA68@ecfcbis.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                         TOTAL: 13