IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 7 |
| **THOMAS MANOS AND JORDAN MANOS,** | Case No. **20-20039-JAD** |
| *Debtors,* | |
| | Related to Doc. No. 53 |
| **THOMAS MANOS AND JORDAN MANOS**, | |
| *Movants,* | Hearing Date: 7/24/2020 |
| vs | at 11:00 a.m. |
| **CAPITAL ONE BANK (USA), N.A. , CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, and RONDA J. WINNECOUR, TRUSTEE**, | |
| *Respondents,* | |

## ORDER OF COURT

AND NOW, this __24th__ day of _____July_____, 2020, upon consideration of the within Motion to Reconsider, it is hereby ORDERED, ADJUDGED and DECREED, that the conversion of this case is hereby reconsidered and vacated.  The case is HEREBY re-converted to Chapter 13.

_____
Jeffery A. Deller
U.S. Bankruptcy Judge

sjk

FILED
7/24/20 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-20039-JAD
Thomas Manos                                                        Chapter 13
Jordan Manos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 1            Date Rcvd: Jul 24, 2020
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
db/jdb         +Thomas Manos,   Jordan Manos,   4733 Verona Road,   Verona, PA 15147-1849
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for
               Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WELLS
               FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
              Michael S. Geisler    on behalf of Debtor Thomas  Manos m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Michael S. Geisler    on behalf of Joint Debtor Jordan  Manos m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 14