IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> THOMAS MANOS and <br> JORDAN MANOS, AKA JORDAN EMANUELE-MANO DBA ENLIGHTENED ROADS CONSTRUCTION COMPANY <br>       Debtors, <br><br> SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5, <br>       Movants <br><br>                 v. <br><br> THOMAS MANOS, <br> JORDAN MANOS, AKA JORDAN EMANUELE-MANO DBA ENLIGHTENED ROADS CONSTRUCTION COMPANY, <br> RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE <br>       Respondents. | Bankruptcy No. 20-20039-JAD <br><br> Chapter 13 <br><br> Doc. No. 43, 84 |

## **CONDITIONAL ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

NOW this _____ day of _____, 2020, in said District, upon agreement of the parties:

This Court FINDS that Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 (the "Movant") is a creditor of the estate by virtue of a certain mortgage on Debtors' real property located at 28 Spruce Street, Natrona Heights, PA 15065 ("Collateral"), recorded in the Office of the Recorder of Deeds for Allegheny County Pennsylvania. For failure to make monthly payments Movant filed a Motion for Relief from the Automatic Stay on June 12, 2020.

In an effort to resolve the pending Motion for Relief and response thereto at Document Nos. 43 and 62,

IT IS ORDERED, ADJUDGED AND DECREED that Movant be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its Collateral referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every plan payment in a timely and complete manner within the month beginning with the August 2020 plan payment in the amount of $3200.00.  Should the Debtors default in any full plan payment, upon Affidavit of creditor's counsel or the Trustee this Order shall be immediately effective without further Order of the Court and Movant shall have relief from the automatic stay.  Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made directly to Movant and that counsel has reviewed the Trustee's internet site and that a default is evident according to the Trustee's records.  Additionally a copy of the Trustee's report showing the default must be attached to the Affidavit.

Jeffery A. Deller
United States Bankruptcy Chief Judge

By: /s/ Keri P. Ebeck_____
Attorney for Specialized Loan Servicing, LLC
Keri P. Ebeck, Esquire
PA I.D. #91298
Bernstein-Burkley, P.C.
707 Seventh Avenue, Suite 2200
Pittsburgh, PA  15219
412-456-8112
kebeck@bernsteinlaw.com

By: /s/ Michael S. Geisler_____
Attorney for Debtors
Michael S. Geisler, Esquire, PA I.D. #39414
201 Penn Center Blvd. Suite 524
Pittsburgh, PA 15235
(412) 613-2133
m.s.geisler@att.net

By: /s/ Owen Katz_____
Owen Katz, Esquire
Attorney for the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566