IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **20-20039-JAD** |
| **Thomas Manos** | : | |
| **Jordan Manos** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Thomas Manos** | : | |
| **Jordan Manos** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Michael S. Geisler, Esquire**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**201 Penn Center Blvd., Suite 524**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 372-2513**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

Bank of America, N.A.
c/o Frederick I. Weinberg, Esquire
Frederick I. Weinberg and Assoc.
15 E. Elm Street, Suite 210
Conshohocken, PA 19428

Brian M. Kile, Esquire
Grenen & Birsic, P.C.
One Gateway Center
Ninth Floor
Pittsburgh, PA 15222

Capital One
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Citizens Bank, N.A.
One Citizens Bank Way
JCA115
Johnston, RI 02919

County of Allegheny
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

County of Allegheny
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

County of Allegheny
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

County of Allegheny
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

County of Allegheny
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

```
Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Key Bank, N.A.
4910 Tiedeman Road
Cleveland, OH 44144

KML Law Group
Suite 5000 - Mellon Independence Center
Philadelphia, PA 19106

Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI 48090

Municipality of Penn Hills
c/o Maiello, Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Municipality of Penn Hills
c/o Maiello, Brungo & Maiello, LLP
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Municipality of Penn Hills
c/o Maiello, Brungo & Maiello, LLP
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235
```

```
Municipality of Penn Hills
c/o Maiello, Brungo & Maiello, LLP
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Municipality of Penn Hills
c/o Maiello, Brungo & Maiello, LLP
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Penn Hills School District
c/o Maiello Brungo & Maiello
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Penn Hills School District
c/o Maiello Brungo & Maiello
Foxpointe II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Penn Hills School District
c/o Maiello Brungo & Maiello
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Penn Hills School District
c/o Maiello Brungo & Maiello
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Penn Hills School District
c/o Maiello Brungo & Maiello
Foxpoint II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company, LLC
c/o S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233
```

```
PNC Bank
P.O. Box 94982
Cleveland, OH 44101

PNC Bank
P.O. Box 94982
Cleveland, OH 44101

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Verizon
by American Infosource, LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Verizon
by American Infosource, LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Verizon
by American Infosource, LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Wells Fargo Bank, N.A.
c/o Specialized Loan Servicing,,LLC.
8742 Lucent Blvd., Suite 300
Littleton, CO 80129

Wilkinsburg-Penn Joint Water Auth.
2200 Robinson Blvd.
Pittsburgh, PA 15221
```