**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

THOMAS MANOS
JORDAN MANOS
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Respondents.

Case No.:20-20039 JAD

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/05/2020  and confirmed on 01/01/1900 .  The case was subsequently
(F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,720.00 |
| Less Refunds to Debtor | 3,426.12 | |
| TOTAL AMOUNT OF PLAN FUND | | 293.88 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 293.88 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 293.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8447 | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9911 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 1,973.58 | 0.00 | 0.00 | 0.00 |
|     Acct: J240 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 1,973.58 | 0.00 | 0.00 | 0.00 |
|     Acct: J245 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 3,903.23 | 0.00 | 0.00 | 0.00 |
|     Acct: J253 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 4,044.44 | 0.00 | 0.00 | 0.00 |
|     Acct: J253 | | | | |
|   PNC BANK NA | 13,645.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 8447 | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 1,570.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 9911 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 15,568.07 | 0.00 | 0.00 | 0.00 |
|     Acct: J222 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 11,079.31 | 0.00 | 0.00 | 0.00 |
| Acct: J222 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 524.29 | 0.00 | 0.00 | 0.00 |
| Acct: J240 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 524.29 | 0.00 | 0.00 | 0.00 |
| Acct: J245 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 1,027.82 | 0.00 | 0.00 | 0.00 |
| Acct: J253 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 1,152.96 | 0.00 | 0.00 | 0.00 |
| Acct: J253 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 2,192.68 | 0.00 | 0.00 | 0.00 |
| Acct: J222 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 2,119.91 | 0.00 | 0.00 | 0.00 |
| Acct: J222 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 722.74 | 0.00 | 0.00 | 0.00 |
| Acct: J253 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 158.06 | 0.00 | 0.00 | 0.00 |
| Acct: J253 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 167.31 | 0.00 | 0.00 | 0.00 |
| Acct: J240 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 354.75 | 0.00 | 0.00 | 0.00 |
| Acct: J240 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 2,727.33 | 0.00 | 0.00 | 0.00 |
| Acct: J222 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 841.11 | 0.00 | 0.00 | 0.00 |
| Acct: J222 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 166.81 | 0.00 | 0.00 | 0.00 |
| Acct: J245 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 354.75 | 0.00 | 0.00 | 0.00 |
| Acct: J245 | | | | |
| KEYBANK NA** | 212,538.55 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX5147 | | | | |
| KEYBANK NA** | 7,439.88 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX5147 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 758.70 | 0.00 | 0.00 | 0.00 |
| Acct: E308 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 165.91 | 0.00 | 0.00 | 0.00 |
| Acct: E308 | | | | |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS MANOS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 852.39 | 0.00 | 0.00 | 0.00 |
| Acct: 4121 | | | | |
| INTERNAL REVENUE SERVICE* | 30,280.45 | 0.00 | 0.00 | 0.00 |
| Acct: 6991 | | | | |
| MICHAEL S GEISLER ESQ | 2,510.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS MANOS | 3,426.12 | 3,426.12 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7998 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 18,960.01 | 0.00 | 0.00 | 0.00 |
| Acct: 1383 | | | | |
| CITIZENS BANK NA** | 8,022.72 | 0.00 | 0.00 | 0.00 |
| Acct: 7504 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 7,938.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4553 | | | | |
| DUQUESNE LIGHT COMPANY* | 105.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1382 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,556.38 | 0.00 | 0.00 | 0.00 |
| Acct: 7998 | | | | |
| INTERNAL REVENUE SERVICE* | 36,313.34 | 0.00 | 0.00 | 0.00 |
| Acct: 4121 | | | | |
| PA DEPARTMENT OF REVENUE* | 138.95 | 0.00 | 0.00 | 0.00 |
| Acct: 4121 | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 11,682.48 | 0.00 | 0.00 | 0.00 |
| Acct: 6521 | | | | |
| PNC BANK NA | 18,414.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1654 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 189.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 156.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 93.88 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 217.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2221 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,055.05 | 0.00 | 0.00 | 0.00 |
| Acct: 8143 | | | | |

* * * N O N E * * *

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 0.00 |

TOTAL CLAIMED
PRIORITY            31,132.84
SECURED            287,696.44
UNSECURED          107.844.70

Date: 07/30/2020                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com