IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>THOMAS MANOS and<br>JORDAN MANOS, AKA JORDAN EMANUELE-MANO DBA ENLIGHTENED ROADS CONSTRUCTION COMPANY<br>    Debtors,<br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5,<br>    Movants<br><br>              v.<br><br>THOMAS MANOS,<br>JORDAN MANOS, AKA JORDAN EMANUELE-MANO DBA ENLIGHTENED ROADS CONSTRUCTION COMPANY,<br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>    Respondents. | Bankruptcy No. 20-20039-JAD<br><br>Chapter 13<br><br>  Related to<br>Doc. No. 43 and 101 |

## **CONDITIONAL ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

    NOW this  30th  day of  July , 2020, in said District, upon agreement of the parties:

    This Court FINDS that Specialized Loan Servicing, LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 (the "Movant") is a creditor of the estate by virtue of a certain mortgage on Debtors' real property located at 28 Spruce Street, Natrona Heights, PA 15065 ("Collateral"), recorded in the Office of the Recorder of Deeds for Allegheny County Pennsylvania. For failure to make monthly payments Movant filed a Motion for Relief from the Automatic Stay on June 12, 2020.

    In an effort to resolve the pending Motion for Relief and response thereto at Document Nos. 43 and 62,

    IT IS ORDERED, ADJUDGED AND DECREED that Movant be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its Collateral referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every plan payment in a timely and complete manner within the month beginning with the August 2020 plan payment in the amount of $3200.00. Should the Debtors default in any full plan payment, upon Affidavit of creditor's counsel or the Trustee this Order shall be immediately effective without further Order of the Court and Movant shall have relief from the automatic stay. Any Affidavit of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made directly to Movant and that counsel has reviewed the Trustee's internet site and that a default is evident according to the Trustee's records. Additionally a copy of the Trustee's report showing the default must be attached to the Affidavit.

_____sjk
Jeffery A. Deller
United States Bankruptcy Chief Judge

By: /s/ Keri P. Ebeck_____
Attorney for Specialized Loan Servicing, LLC
Keri P. Ebeck, Esquire
PA I.D. #91298
Bernstein-Burkley, P.C.
707 Seventh Avenue, Suite 2200
Pittsburgh, PA  15219
412-456-8112
kebeck@bernsteinlaw.com

By: /s/ Michael S. Geisler_____
Attorney for Debtors
Michael S. Geisler, Esquire, PA I.D. #39414
201 Penn Center Blvd. Suite 524
Pittsburgh, PA 15235
(412) 613-2133
m.s.geisler@att.net

By: /s/ Owen Katz_____
Owen Katz, Esquire
Attorney for the Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

FILED
7/30/20 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas Manos  
Jordan Manos  
    Debtors

Case No. 20-20039-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Jul 30, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:
      Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
      mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
      James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
      Association bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
      cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
      Hills jlc@mbm-law.net
      Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for
      Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
      Certificates, Series 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
      Keri P. Ebeck    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WELLS
      FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH
      CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
      jbluemle@bernsteinlaw.com
      Michael S. Geisler    on behalf of Joint Debtor Jordan  Manos m.s.geisler@att.net,
      msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
      Michael S. Geisler    on behalf of Debtor Thomas  Manos m.s.geisler@att.net,
      msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                             TOTAL: 12