IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **THOMAS MANOS, and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
| *Debtors,* | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | Doc. No._____ |
| *Movants,* | : | |
| vs | : | Hearing Date: 8/21/2020 at 11:00 a.m. |
| **BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and RONDA J. WINNECOUR, TRUSTEE,** | : | Related to Doc. #97 |
| *Respondents* | : | |

## ORDER OF COURT

   *AND NOW, this* __24th__ day of __August__, 20 __20__, upon consideration of the *Application to Employ Realtor*, it is *hereby ORDERED, ADJUDGED and DECREED* as follows:

1.   The above referenced Application is hereby approved *nunc pro tunc* as of the date of the filing of this case.

2.   MICHAEL PIROLLO is hereby appointed as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at 4727 Verona Road, Verona, PA 15147, Lot and Block No. 367-J-222 and parcels of land at Lot and Block No. 367-J-240 and 367-J-245. A realtor commission in the amount of **7%** on the sale price, plus a $375.00 administrative fee, is tentatively approved, subject to final court order. This approval is nunc pro tunc to the date of filing.

3.   Professional persons or entitles performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4.   Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees in the requested amount. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5.   *Applicant shall serve the written Order on all interested parties and file a certificate of service.*

_____
Jeffery A. Deller
United States Bankruptcy Judge

sjk

Case administrator to mail to:
   Trustee
   Debtor
   Counsel
   Realtor/Broker
   Office of the U.S. Trustee

FILED
8/24/20 8:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-20039-JAD
Thomas Manos                                                            Chapter 13
Jordan Manos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Aug 24, 2020
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
db/jdb         +Thomas Manos,    Jordan Manos,    4733 Verona Road,    Verona, PA 15147-1849
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
r              +Michael Pirollo,    Keller Williams Realty-Pittsburgh East,    5425 Baum Boulevard,
                 Pittsburgh, PA 15232-1201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
              Brian M. Kile    on behalf of Creditor    Key Bank, N.A. bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicing Agent for
               Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
               Certificates, Series 2007-5 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Keri P. Ebeck    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WELLS
               FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Michael S. Geisler    on behalf of Debtor Thomas  Manos m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Michael S. Geisler    on behalf of Joint Debtor Jordan  Manos m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 12