IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS, and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
| *Debtors,* | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | Related to Doc. Nos. |
| *Movants,* | : | 97 and 115 |
| vs | : | |
| BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A. , | : | Hearing Date: 8/21/2020 |
| CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, | : | at 11:00 a.m. |
| DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, | : | |
| KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., | : | |
| MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, | : | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL | : | |
| GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. | : | |
| TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, | : | |
| MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and | : | |
| RONDA J. WINNECOUR, TRUSTEE, | | |
| *Respondents* | | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the Order dated 8/242020 Approving Realtor upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

RONDA J. WINNECOUR, TRUSTEE		(BY ELECTRONIC MEANS)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

ROSEMARY C. CRAWFORD, TRUSTEE		(BY ELECTRONIC MEANS)
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Bank Of America, N.A.
c/o Frederic I. Weinberg, Esquire
The Law Offices of Frederic I. Weinberg and Associates
15 East Elm Street, Suite 210
Conshohocken PA 19428

Capital One Bank (USA), N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston, RI 02919

County of Allegheny
c/o Goehring, Rutter & Boehm
14th Floor, Frick Building
Pittsburgh, PA 15219

Discover Bank
Discover Products Inc
P.O. Box 3025
New Albany, OH 43054-3025

Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Key Bank, N.A.
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI 48090

Municipality of Penn Hills, and
Penn Hills School District
c/o  Jennifer L. Cerce, Esquire
Maiello, Brungo & Maiello, LLP.

Foxpointe II
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company, LLC.
c/o S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk VA 23541

Verizon
by American InfoSource as agent
P.O. Box 4457
Houston, TX 77210-4457

James Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Wells Fargo Bank, N.A. Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Blvd.
Pittsburgh, PA 15221

Michael Pirollo
Keller Williams Realty
5425 Baum Blvd.
Pittsburgh, PA 15232

JOSEPH FRANK WINKLMANN, JR.
JOSEPH JOHN WINKLMANN
5 Verona Blvd.
Pittsburgh, PA 15235

DATED: 9/2/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net