IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| **THOMAS MANOS, and JORDAN MANOS,** *Debtors,* | Case No. **20-20039-JAD** |
| **THOMAS MANOS and JORDAN MANOS,** *Movants,* | Doc. No._____ |
| vs | Hearing Date: 8/21/2020 at 11:00 a.m. |
| BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., CITIZENS BANK N.A., COUNTY OF ALLEGHENY, DISCOVER BANK, DUQUESNE LIGHT COMPANY, INTERNAL REVENUE SERVICE, KEY BANK, N.A., MIDLAND CREDIT MANAGEMENT, INC., MUNICIPALITY OF PENN HILLS, PENN HILLS SCHOOL DISTRICT, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., VERIZON, WELLS FARGO BANK, N.A. TRUSTEE, WILKINSBURG-PENN JOINT WATER AUTHORITY, MICHAEL PIROLLO, ROSEMARY C. CRAWFORD, TRUSTEE, and RONDA J. WINNECOUR, TRUSTEE, *Respondents* | Related to Docs. #95 and 118 |

**ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY**
**FREE AND DIVESTED OF LIENS**

AND NOW, this __3rd__ day of _____September_____, 20__20__, upon consideration of the ***Debtor's Motion for Sale of Real Estate Free and Divested of Liens***, to JOSEPH FRANK WINKLMANN, JR. and JOSEPH JOHN WINKLMANN for $320,000.00, after hearing held in Courtroom "D", 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, the Court finds:

(1) That service of the Notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said Motion/Compliant for private sale, viz:

**DATE OF SERVICE**     **NAME OF LIENOR AND SECURITY**

7/27/2020     **RONDA J. WINNECOUR, CH. 13 TRUSTEE**
Suite 3250, U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| 7/27/2020 | BANK OF AMERICA, N.A.<br>c/o Frederic I. Weinberg, Esquire<br>The Law Offices of Frederic I. Weinberg and Associates<br>75 East Elm Street, Suite 210<br>Conshohocken PA 19428 |
| 7/27/2020 | KEYBANK, N.A.<br>c/o Brian M. Kile, Esquire<br>Grenen & Birsic, PC<br>One Gateway Center, 9th Floor<br>Pittsburgh, PA 15222 |

(2)     That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the Movant as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

(3)     That said sale hearing was duly advertised on the Court's website pursuant to W.PA.LBR 6004-1(c) on 7/27/2020, in the Pittsburgh Post-Gazette on 8/6/2020 and in the Pittsburgh Legal Journal on 8/5/2020 as shown by the Proof of Publications duly filed.

(4)     That at the sale hearing the highest/best offer received was that of the Purchaser(s) and no objections to the sale were made which would result in cancellation of said sale.

(5)     That the price $ 320,000.00 offered by JOSEPH FRANK WINKLMANN, JR. and JOSEPH JOHN WINKLMANN was a full and fair price for the property in question.

(6)     That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.* 788 F.2d 143 (3d Cir. 1986).

**IT IS ORDERED, ADJUDGED AND DECREED** that the private sale by Special Warranty Deed of the real property described as 4727 Verona Road, Verona, PA 15147, Lot and Block No. 367-J-222 and parcels of land at Lot and Block No. 367-J-240 and 367-J-245 is hereby **CONFIRMED** to JOSEPH FRANK WINKLMANN, JR. and JOSEPH JOHN WINKLMANN for $320,000.00, free and divested of liens herein described; and that the Movant shall make, execute and deliver to the purchaser above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

**IT IS FURTHER ORDERED**, that the above recited liens, claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens, claims, and interests;

**FURTHER ORDERED**, that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply

with the above terms of this Order. Except as to the distribution specifically authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after Notice and Hearing.

(1) The following liens/claims: Mortgage to First Niagra Bank, N.A. on 10/31/2016, in the Original Amount of $205,993.74, recorded in the Recorders Office of Allegheny County, Pennsylvania on 1/30/2017 in Mortgage Book Volume 47510, page 157. KeyBank, N.A. is the successor to First Niagra Bank, N.A., The claim is $219,978.43, or funds sufficient to satisfy the Mortgage.

(2) Delinquent real estate taxes, if any;

(3) Current real estate taxes, pro-rated to the date of closing;

(4) The costs of local newspaper advertising in the amount of $1,423.50 to be paid to MICHAEL S.GEISLER, ESQUIRE

(5) The costs of legal journal advertising in the amount of $1,067.20 to be paid to MICHAEL S..GEISLER, ESQUIRE

(6) The Court approved realtor commission in the amount of $22,275.00.

(7) Court approved attorney's fees in the amount of $1,000.00.

(8) Reimbursement of the filing fees of $362.00.

(9) Chapter 13 "percentage fees" in the amount of $21,132.74 to *Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 2587, Pittsburgh, PA 15230*.

(10) The "net proceeds" from the closing as identified on the HUD-1 to the Chapter 13 Trustee payable to *Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 84051, Chicago, IL 60689-4002*; and

(11) Other: N/A.

**FURTHER ORDERED** that:

(1) Closing shall occur within thirty (30) days of this order and, **within five (5) days following closing**, the Movant shall file a report of sale;

(2) The Sale Confirmation Order survives any dismissal or conversion of the within case; and,

(3) **Within five (5) days of the date of this Order**, the Movant shall serve a copy of the within Order on each Respondent/Defendant (i.e. each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the Motion or appeared at the hearing, the attorney for the debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file certificate of service.

_____
JEFFERY A. DELLER            sjk
United States Bankruptcy Judge

FILED
9/3/20 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case 20-20039-JAD   Doc 123   Filed 09/05/20   Entered 09/06/20 00:30:17   Desc
Imaged Certificate of Notice   Page 4 of 4

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas Manos
Jordan Manos
    Debtors

Case No. 20-20039-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin           Page 1 of 1           Date Rcvd: Sep 03, 2020
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db/jdb        +Thomas Manos,   Jordan Manos,   4733 Verona Road,   Verona, PA 15147-1849
tr           +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
          Brian M. Kile    on behalf of Creditor   Key Bank, N.A. bkile@grenenbirsic.com,
          mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
          Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District and Municipality of Penn
          Hills jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor   Specialized Loan Servicing, LLC as Servicing Agent for
          Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through
          Certificates, Series 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor   SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WELLS
          FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH
          CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
          Michael S. Geisler    on behalf of Debtor Thomas   Manos m.s.geisler@att.net,
          msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Michael S. Geisler    on behalf of Joint Debtor Jordan   Manos m.s.geisler@att.net,
          msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                               TOTAL: 12