## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jordan Manos aka Jordan Emanuele-Manos dba Enlightened Roads Construction Company<br>          Thomas Manos<br>                    Debtor(s) | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 20-20039 JAD |
| Jordan Manos aka Jordan Emanuele-Manos dba Enlightened Roads Construction Company<br>Thomas Manos<br>                    Debtor(s)<br>Joette E. Manos<br>Rosemary C. Crawford<br>                    Additional Repondents | 11 U.S.C. Section 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **October 2, 2020** under document number 127

Respectfully submitted,


**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594


October 16, 2020