IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS MANOS and JORDAN MANOS, | : | Bankruptcy No. **20-20039JAD** |
| Debtor(s). | : | Chapter 13 |
| _____ | : | Doc. # **131** |
| PNC MORTGAGE, a DIVISION OF PNC BANK, N.A., | : | |
| Movant(s), vs. | : | Related To Doc. # **127** |
| THOMAS MANOS and JORDAN MANOS, Respondent(s). | : | |

# ORDER

**AND NOW**, this **20th** day of **October**, **2020**, it appears to the Court that the movant has filed at Doc. #131 a *Withdrawal of Motion For Relief From Automatic Stay* in the above-captioned bankruptcy case.

It is hereby **ordered** that Doc. # 127 is denied as withdrawn.

It is further **ordered** that the hearing scheduled on Doc. #127 - *Motion For Relief From Automatic Stay* for October 28, 2020, at 10:00 AM in tcjad - Telephonic Deller is hereby CANCELLED.

_____ sjk
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL:
   Parties In Interest

FILED
10/20/20 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00030342

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 20-20039-JAD

Thomas Manos                                                                                Chapter 13

Jordan Manos

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: aala | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas Manos, Jordan Manos, 4733 Verona Road, Verona, PA 15147-1849 |
| tr | + Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Jordan Manos, 4733 Verona Road, Verona, PA 15147-1849 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2020                Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jennifer L. Cerce | |

Case 20-20039-JAD    Doc 134    Filed 10/22/20    Entered 10/23/20 01:33:29    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Michael S. Geisler | |
| | on behalf of Debtor Thomas Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | |
| | on behalf of Joint Debtor Jordan Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 12