# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** THOMAS & JORDAN MANOS
- **Case Number:** 20-20039-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 22, 2020 11:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#77 - Continued Confirmation of Plan Dated 7/22/2020 - NFC
R / M #: 77 / 0

### Appearances:

- Debtor: Gieslee
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Kile for Key Bank
  Ebeck for specialized loan
  Cerce for Penn Hills SD & Munic

*Plan contingent on sale*

### Proceedings:

**Outcome:**

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____ effective _____
7. ✓ Plan/Motion continued to 12/17/20 at 11:30 Am
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ Contested Hearing: _____ at _____.
10. ___ Other:

FILED
10/28/20 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

10/14/2020  1:50:01PM