# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: THOMAS & JORDAN MANOS
- Case Number: 20-20039-JAD
- Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 11:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#77 - Continued Confirmation of Plan Dated 7/22/2020 - NFC
R / M #: 77 / 0

**Appearances:**

Debtor: Geisler
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

Kile: Keybank

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ✓ Plan/Motion continued to 2-25-21 at 10:30
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___. Objections are due on or before ___. A hearing on the Amended Plan is set for ___ at ___
9. ___ Contested Hearing: ___ at ___
10. ___ Other: ___ at ___

Counsel needs to discuss payment increase with client

FILED
12/21/20 7:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

12/8/2020  11:14:39AM