**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/21/2021

IN RE:

THOMAS MANOS
JORDAN MANOS
4733 VERONA ROAD
VERONA, PA 15147
XXX-XX-4121         Debtor(s)

XXX-XX-6991

Case No. 20-20039 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/21/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAMS CLUB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7998 |
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRENEN & BIRSIC PC***<br>1 GATEWAY CENTER - 9TH FL<br>420 FT DUQUESNE BLVD<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: KEYBANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **S JAMES WALLACE ESQ****<br>GRB LAW<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KEYBANK NA****<br>4224 RIDGE LEA RD<br>AMHERST, NY  14226 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 0.00<br>COMMENT: 219978.43@4%TTL/PL*1ST*2bPD @ SALE/PL*AMD*CROSS COLLAT*PRIN BAL*W/19 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4727 VERONA RD\|VERONA P, |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*859.24x(60+2)=LMT*BGN 2/20 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8447 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 852.39<br>COMMENT: $@0%/CL-PL*NO YRS/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4121 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 18,960.01<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1383 |
| **CITIZENS BANK NA****<br>ONE CITIZENS BANK WAY JCA115<br>JOHNSTON, RI  02919 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 8,022.72<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7504 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number:11  INT %: 0.00% <br> Court Claim Number:23 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO$ @ UNS~NO YRS OR COLLATERAL INFO*SEE CL 23*NO UNS/CL |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number:12  INT %: 0.00% <br> Court Claim Number:4 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4553 | CLAIM: 7,938.98 <br> COMMENT: |
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:13  INT %: 0.00% <br> Court Claim Number:24 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1382 | CLAIM: 105.93 <br> COMMENT: NO$/SCH |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:14  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO$~NO YRS/SCH |
| **PENN HILLS MUNICIPALITY (RE TAX)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION) – D <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number:15  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO$~NO YRS/SCH~PROPERTY?? |
| **PENN HILLS SD (PENN HILLS) (RE)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION) – D <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA 15235 | Trustee Claim Number:16  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO$ ~NO YRS/SCH~PROPERTY? |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number:17  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO$/SCH |
| **WILKINSBURG-PENN JT WATER AUTH** <br> 2200 ROBINSON BLVD <br> PITTSBURGH, PA 15221 | Trustee Claim Number:18  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NO$/SCH |
| **KEYBANK NA**** <br> 4224 RIDGE LEA RD <br> AMHERST, NY 14226 | Trustee Claim Number:19  INT %: 0.00% <br> Court Claim Number:3-2 | CRED DESC: MORTGAGE PAID IN FULL <br> ACCOUNT NO.: 4727 VERONA RD|VERONA P/ | CLAIM: 1,930.24 <br> COMMENT: AMT TO PAY AFTER SALE/OE ~$@%/CONF*W/6*CROSS COLLAT |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2037 <br> WARREN, MI 48090 | Trustee Claim Number:20  INT %: 0.00% <br> Court Claim Number:14 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7998 | CLAIM: 4,556.38 <br> COMMENT: SYNCHRONY/SAM'S CLUB |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number:16-2 <br> CLAIM: 36,313.34 <br> COMMENT:  NT/SCH*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4121 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number:16-2 <br> CLAIM: 19,994.10 <br> COMMENT:  4121/6991*30280.45@0%/PL*EST*AMD | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  4121 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:23  INT %:  0.00% <br> Court Claim Number:5 <br> CLAIM: 138.95 <br> COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  4121 |
| **WELLS FARGO BANK NA - TRUSTEE** <br> C/O SPECIALIZED LOAN SVCNG LLC* <br> 6200 S QUEBEC ST <br> GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:24  INT %:  0.00% <br> Court Claim Number:15 <br> CLAIM: 0.00 <br> COMMENT:  RS/OE~STAYED*CL15GOV W PMT CHNGS*PMT/CL-PL*DK4PMT~LMT*BGN 2/20 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  9911 |
| **JENNIFER L CERCE ESQ** <br> MAIELLO BRUNGO & MAIELLO LP <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number:25  INT %:  0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT:  PENN  HILLS/CL | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **PENN HILLS SD (PENN HILLS) (RE)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION) – D <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number:26  INT %:  0.00% <br> Court Claim Number:6 <br> CLAIM: 0.00 <br> COMMENT:  367-J-240;17-19*NON%*1973.58@0%/CL-PL*PD@SALE | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  J240 |
| **PENN HILLS SD (PENN HILLS) (RE)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION) – D <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number:27  INT %:  0.00% <br> Court Claim Number:7 <br> CLAIM: 0.00 <br> COMMENT:  367-J-245;17-19*NON%*1973.58@0%/CL-PL*2BPD@SALE | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  J245 |
| **PENN HILLS SD (PENN HILLS) (RE)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION) – D <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number:28  INT %:  10.00% <br> Court Claim Number:8 <br> CLAIM: 3,903.23 <br> COMMENT:  367-J-253;17-19*$@10%/CL-PL*WNTS 10%*W/29 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  J253 |
| **PENN HILLS SD (PENN HILLS) (RE)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION) – D <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number:29  INT %:  0.00% <br> Court Claim Number:8 <br> CLAIM: 4,044.44 <br> COMMENT:  367-J-253;17-19*NON%*$@0%/CL-PL*W/28 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  J253 |
| **PENN HILLS SD (PENN HILLS) (RE)** <br> C/O MBM COLLECTIONS LLC (TAX DIVISION) – D <br> FOXPOINT II <br> 100 PURITY RD STE 3 <br> PITTSBURGH, PA  15235 | Trustee Claim Number:30  INT %:  0.00% <br> Court Claim Number:9 <br> CLAIM: 0.00 <br> COMMENT:  367-J-222;16-19*15568.07@10%/CL-PL*WNTS 10%*W/31*PD@SALE | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  J222 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PENN HILLS SD (PENN HILLS) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:9 | CLAIM: 0.00<br>COMMENT: 367-J-222;16-19*NON%*11079.31@0%/CL-PL*W/30*PD@SALE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J222 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:10 | CLAIM: 0.00<br>COMMENT: 367-J-240;17-19*NON%*524.29@0%/CL-PL*PD@SALE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J240 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:11 | CLAIM: 0.00<br>COMMENT: 367-J-245;17-19*NON%*524.29@0%/CL-PL*PD@SALE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J245 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:34 INT %: 10.00%<br>Court Claim Number:12 | CLAIM: 1,027.82<br>COMMENT: 367-J-253;17-19*$@10%/CL-PL*W/35 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J253 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:12 | CLAIM: 1,152.96<br>COMMENT: 367-J-253;17-19*NON%*$@0%/CL-PL*W/34 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J253 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 0.00<br>COMMENT: 367-J-222;17-19*2192.68@10%/CL-PL*W/37*PD@SALE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J222 |
| **PENN HILLS MUNICIPALITY (RE TAX)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) – D<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:13 | CLAIM: 0.00<br>COMMENT: 367-J-222;17-19*NON %*2119.91@0%/CL-PL*W/36*PD@SALE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: J222 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:22 | CLAIM: 13,645.48<br>COMMENT: $/CL-PL*1ST*THRU 1/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8447 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:17 | CLAIM: 11,682.48<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6521 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:18 | CLAIM: 18,414.00<br>COMMENT: NT/SCH*NCB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1654 |

| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 4457 | Court Claim Number:19 | ACCOUNT NO.: 0001 |
| | CLAIM: 189.01 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH*ACCT OPEN 10/19/17 | |

| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 4457 | Court Claim Number:20 | ACCOUNT NO.: 0001 |
| | CLAIM: 156.30 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH | |

| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:43  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 4457 | Court Claim Number:21 | ACCOUNT NO.: 0001 |
| | CLAIM: 93.88 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH | |

| **JEFFREY R HUNT ESQ** | Trustee Claim Number:44  INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| FRICK BUILDING 14TH FL | | |
| 437 GRANT ST | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: ALLEGHENY CTY/PRAE, CLM | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:45  INT %: 12.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: J253 |
| POB 200 | | |
| | CLAIM: 722.74 | |
| BETHEL PARK, PA 15102 | COMMENT: 367-J-253;19,20*$@12%/CL-PL*W/46 | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:46  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: J253 |
| POB 200 | | |
| | CLAIM: 158.06 | |
| BETHEL PARK, PA 15102 | COMMENT: 367-J-253;19-20*NON%*$@0%/CL-PL*W/45 | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:47  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: J240 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: 367-J-240;18-20*NON%*167.315@0%/CL-PL*W/48*PD@SALE | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:48  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: J240 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: 367-J-240;18-20*354.75@12%/CL-PL*W/47*PD@SALE | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:49  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: J222 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: 367-J-222;18-20*2727.33@12%/CL-PL*W/50*PD@SALE | |

| **COUNTY OF ALLEGHENY (RE TAX)*** | Trustee Claim Number:50  INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:23 | ACCOUNT NO.: J222 |
| POB 200 | | |
| | CLAIM: 0.00 | |
| BETHEL PARK, PA 15102 | COMMENT: 367-J-222;18-20*NON%*841.11@0%/CL-PL*W/49*PD@SALE | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number:51  INT %: 0.00% <br> Court Claim Number:23 <br> CLAIM: 0.00 <br> COMMENT: 367-J-245;18-20*NON%*166.81@0%/CL-PL*W/52*PD@SALE | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: J245 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number:52  INT %: 0.00% <br> Court Claim Number:23 <br> CLAIM: 0.00 <br> COMMENT: 367-J-245;18-20*354.75@21%/CL-PL*W/51*PD@SALE | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: J245 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number:53  INT %: 12.00% <br> Court Claim Number:23 <br> CLAIM: 758.70 <br> COMMENT: 447-E-308;19,20*$@12%/CL-PL*W/54 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: E308 |
| **COUNTY OF ALLEGHENY (RE TAX)*** <br> C/O JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA 15102 | Trustee Claim Number:54  INT %: 0.00% <br> Court Claim Number:23 <br> CLAIM: 165.91 <br> COMMENT: 447-E-308;19,20*NON%*$@0%/CL-PL*W/53 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: E308 |
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:55  INT %: 0.00% <br> Court Claim Number:25 <br> CLAIM: 217.67 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2221 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number:56  INT %: 0.00% <br> Court Claim Number:26 <br> CLAIM: 1,055.05 <br> COMMENT: NT/SCH*THD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8143 |
| **WELLS FARGO BANK NA - TRUSTEE** <br> C/O SPECIALIZED LOAN SVCNG LLC* <br> 6200 S QUEBEC ST <br> GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number:57  INT %: 0.00% <br> Court Claim Number:15 <br> CLAIM: 1,570.90 <br> COMMENT: RS/OE~STAYED*CL15GOV*$/CL-PL*THRU 1/20 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 9911 |
| **BANK OF AMERICA NA**** <br> PO BOX 15102 <br> WILMINGTON, DE 19886-5102 | Trustee Claim Number:58  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 12,809.00 <br> COMMENT: NT/SCH*2bAVD/PL | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: |
| **RONDA J WINNECOUR PA ID #30399**** <br> ATTN DIRECT FEES CLERK <br> US STEEL TWR STE 3250 <br> 600 GRANT ST <br> PITTSBURGH, PA 15219 | Trustee Claim Number:59  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 21,132.74 <br> COMMENT: SEE DKT FOR DETAILS | CRED DESC: FEES ON DIRECT PAYMENTS <br> ACCOUNT NO.: FEES/OE |