IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
| *Debtors* | : | |
| | : | Doc. No. |
| **RONDA J. WINNECOUR, TRUSTEE,** | : | |
| *Movant,* | : | Hearing Date: |
| vs | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | |
| *Respondents* | : | |

# **AFFIDAVIT**

AND NOW comes the Debtor, JORDAN MANOS, by and through the Debtors' Attorney, MICHAEL S. GEISLER, ESQUIRE, and files this Affidavit, of which the following is a statement:

I, MICHAEL S,. GEISLER hereby swear and affirm that the Debtor, JORDAN MANOS, has received $300,372.70 in life insurance proceeds from her deceased husband, THOMAS MANOS' life insurance policy with PRUDENTIAL LIFE INSURANCE COMPANY on 1/21/2022.  And $25,528.66 in life insurance proceeds from her deceased husband, THOMAS MANOS' life insurance policy with PRUDENTIAL LIFE INSURANCE COMPANY on 1/28/2022.

There are no other life insurance policies.

Under penalty of perjury, I declare that this Affidavit is true and correct

DATED: 6/9/2022

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
E-mail: m.s.geisler@att.net

BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | Case No. **20-20039-JAD** |
| *Debtors* | : | |
| | : | Doc. No. |
| **RONDA J. WINNECOUR, TRUSTEE,** | : | |
| *Movant,* | : | Hearing Date: |
| vs | : | |
| **THOMAS MANOS and JORDAN MANOS,** | : | |
| *Respondents* | : | |

## **CERTIFICATE OF SERVICE**

    I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the within Response upon the following by electronic means:

RONDA J. WINNECOUR, TRUSTEE
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219


DATED: 6/9/2022

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
E-mail: m.s.geisler@att.net