**Form 404**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

155 – 153

In re:  
**Thomas Manos**  
Debtor(s)

Jordan Manos  
aka Jordan Emanuele−Manos, dba Enlightened Roads Construction Company  
25−1665557

Bankruptcy Case No.: 20−20039−JAD  
Related to Doc. #153  
Chapter: 13  
Hearing Date: 7/20/22 at 10:00 AM

**CERTIFICATE OF SERVICE OF** Motion to Dismiss case of Debtor Thomas Manos and Order Setting Hearing.  
**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on 6/15/2022 .  
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail, Postage Prepaid, unless otherwise indicated below. .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** 6/15/2022

By: /s/ Michael S. Geisler  
(Signature)  
MICHAEL S. GEISLER, ESQUIRE  
Typed Name  
201 Penn Center Blvd., Suite 524  
Pittsburgh, PA 15235  
Address  
Tele: (412) 613-2133  
Phone No.  
Pa ID No. 39414  
List Bar I.D. and State of Admission