**Form 404**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

155 – 153

In re:  

**Thomas Manos**  
Debtor(s)

Jordan Manos  
aka Jordan Emanuele−Manos, dba Enlightened Roads Construction Company  
25−1665557

Bankruptcy Case No.: 20−20039−JAD  
Related to Doc. #153  
Chapter: 13  
Hearing Date: 7/20/22 at 10:00 AM

**CERTIFICATE OF SERVICE OF** Motion to Dismiss case of Debtor Thomas Manos and Order Setting Hearing.  
**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on 6/15/2022 .  
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail, Postage Prepaid, unless otherwise indicated below. .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:** 6/152022

By: /s/ Michael S. Geisler  
(Signature)  
MICHAEL S. GEISLER, ESQUIRE  
Typed Name  
201 Penn Center Blvd., Suite 524  
Pittsburgh, PA 15235  
Address  
Tele: (412) 613-2133  
Phone No.  
Pa ID No. 39414  
List Bar I.D. and State of Admission

RONDA J. WINNECOUR, TRUSTEE　　　　　　　(BY ELECTRONIC MEANS)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

ROSEMARY C. CRAWFORD, TRUSTEE　　　　　(BY ELECTRONIC MEANS)
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

OFFICE OF THE U.S. TRUSTEE　　　　　　　　(BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Bank Of America, N.A.
c/o Frederic I. Weinberg, Esquire
The Law Offices of Frederic I. Weinberg and Associates
15 East Elm Street, Suite 210
Conshohocken PA 19428

Capital One Bank (USA), N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston, RI 02919

County of Allegheny, and
Peoples Natural Gas Company, LLC.
c/o Goehring, Rutter & Boehm
525 William Penn Pl Suite 3110
Pittsburgh, PA 15219

Discover Bank
Discover Products Inc
P.O. Box 3025
New Albany, OH 43054-3025

Duquesne Light Company
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Key Bank, N.A.
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI 48090

Municipality of Penn Hills, and
Penn Hills School District
c/o  Jennifer L. Cerce, Esquire
Maiello, Brungo & Maiello, LLP.
Foxpointe II, 100 Purity Road, Suite 3
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk VA 23541

Verizon
by American InfoSource as agent
P.O. Box 4457
Houston, TX 77210-4457

Wells Fargo Bank, N.A. Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Blvd.
Pittsburgh, PA 15221