**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

THOMAS MANOS

　　　　Debtor(s)

Case No.:20-20039 JAD

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Respondents.

Document No.:

---

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 01/05/2020  and confirmed on 09/03/2020 .  The case was subsequently (A)DISMISSED AS TO THOMAS MANOS ONLY.

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 198,652.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 198,652.74 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 2,510.00 | |
| 　Trustee Fee | 3,231.48 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,741.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　PNC BANK NA | 0.00 | 25,777.20 | 0.00 | 25,777.20 |
| 　　Acct: 8447 | | | | |
| 　WELLS FARGO BANK NA - TRUSTEE | 0.00 | 8,200.98 | 0.00 | 8,200.98 |
| 　　Acct: 9911 | | | | |
| 　PNC BANK NA | 13,645.48 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 8447 | | | | |
| 　WELLS FARGO BANK NA - TRUSTEE | 1,570.90 | 1,506.19 | 0.00 | 1,506.19 |
| 　　Acct: 9911 | | | | |
| 　PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: J240 | | | | |
| 　PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: J245 | | | | |
| 　PENN HILLS SD (PENN HILLS) (RE) | 3,903.23 | 0.00 | 0.00 | 0.00 |
| 　　Acct: J253 | | | | |
| 　PENN HILLS SD (PENN HILLS) (RE) | 4,044.44 | 0.00 | 0.00 | 0.00 |
| 　　Acct: J253 | | | | |
| 　PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: J222 | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| PENN HILLS SD (PENN HILLS) (RE)<br>Acct: J222 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: J240 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: J245 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: J253 | 1,027.82 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: J253 | 1,152.96 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: J222 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX)<br>Acct: J222 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J253 | 722.74 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J253 | 158.06 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J240 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J240 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J222 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J222 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J245 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J245 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: E308 | 758.70 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: E308 | 165.91 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: | 12,809.00 | 0.00 | 0.00 | 0.00 |
| KEYBANK NA**<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5147 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYBANK NA**<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5147 | 1,930.24 | 1,930.24 | 0.00 | 1,930.24 |
| | | | | 37,414.61 |
| Priority | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS MANOS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMAS MANOS<br>Acct: | 3,426.12 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,510.00 | 2,510.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 4121 | 852.39 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 4121 | 19,994.10 | 0.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR PA ID #30399**<br>Acct: XXXS/OE | 21,132.74 | 21,132.74 | 0.00 | 21,132.74 |
| | | | | 21,132.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 18,960.01 | 0.00 | 0.00 | 0.00 |
| Acct: 1383 | | | | |
| CITIZENS BANK NA** | 8,022.72 | 0.00 | 0.00 | 0.00 |
| Acct: 7504 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 7,938.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4553 | | | | |
| DUQUESNE LIGHT COMPANY* | 105.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1382 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,556.38 | 0.00 | 0.00 | 0.00 |
| Acct: 7998 | | | | |
| INTERNAL REVENUE SERVICE* | 36,313.34 | 0.00 | 0.00 | 0.00 |
| Acct: 4121 | | | | |
| PA DEPARTMENT OF REVENUE* | 138.95 | 0.00 | 0.00 | 0.00 |
| Acct: 4121 | | | | |
| PNC BANK NA | 11,682.48 | 0.00 | 0.00 | 0.00 |
| Acct: 6521 | | | | |
| PNC BANK NA | 18,414.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1654 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 189.01 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 156.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 93.88 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY* | 217.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2221 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,055.05 | 0.00 | 0.00 | 0.00 |
| Acct: 8143 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7998 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                              58,547.35

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY              41,979.23
SECURED              41,889.48
UNSECURED         107.844.70

Date: 07/15/2022                              /s/ Ronda J. Winnecour

                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com