**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 20-20039-JAD |
| JORDAN MANOS, | ) | |
| Debtor, | ) | Chapter 13 |
| _____X | ) | |
| | ) | |
| JORDAN MANOS, | ) | |
| Movant, | ) | |
| - vs. - | ) | |
| | ) | |
| BANK OF AMERICA, CAPITAL ONE | ) | |
| BANK, (U.S.A.), N.A., MIDLAND | ) | |
| CREDIT MANAGEMENT, INC., | ) | |
| PNC BANK, N.A., and PORTFOLIO | ) | |
| RECOVERY ASSOCIATES, LLC. | ) | |
| and Ronda J. Winnecour, Trustee, | ) | |
| Respondents. | ) | |
| _____X | | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the Amended Plan Dated 8/16/2022 and Noptice of Proposed Modification  upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

RONDA RONDA J. WINNECOUR, TRUSTEE          (BY ELECTRONIC MEANS)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

ROSEMARY C. CRAWFORD, TRUSTEE     (BY ELECTRONIC MEANS)
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

OFFICE OF THE U.S. TRUSTEE          (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Bank Of America, N.A.
c/o Frederic I. Weinberg, Esquire
The Law Offices of Frederic I. Weinberg and Associates
15 East Elm Street, Suite 210
Conshohocken PA 19428

Capital One Bank (USA), N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Citizens Bank N.A.
One Citizens Bank Way
JCA115
Johnston, RI 02919

County of Allegheny, and                          (BY ELECTRONIC MEANS)
Peoples Natural Gas Company, LLC.
c/o Goehring, Rutter & Boehm
525 William Penn Pl Suite 3110
Pittsburgh, PA 15219

Discover Bank
Discover Products Inc
P.O. Box 3025
New Albany, OH 43054-3025

Duquesne Light Company                            (BY ELECTRONIC MEANS)
c/o Keri P. Ebeck, Esquire
Bernstein-Burkley, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1900

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Key Bank, N.A.                                    (BY ELECTRONIC MEANS)
c/o Brian M. Kile, Esquire
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA 15222

Midland Credit Management, Inc.
P.O. Box 2037
Warren, MI 48090

Municipality of Penn Hills, and                    (BY ELECTRONIC MEANS
Penn Hills School District
c/o  Jennifer L. Cerce, Esquire
Maiello, Brungo & Maiello, LLP.
Foxpointe II, 100 Purity Road, Suite 3
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk VA 23541

Verizon
by American InfoSource as agent
P.O. Box 4457
Houston, TX 77210-4457

Wells Fargo Bank, N.A. Trustee
c/o Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Blvd.
Pittsburgh, PA 15221

DATED: 8/16/2022

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net