# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20039** |
| **Jordan Manos AKA Jordan Emanuele-** : | **Chapter 13** |
| **Manos, DBA  Enlightened Roads** : | **Judge Jeffery A. Deller** |
| **Construction Company** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** | |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| : | |
| : | |
| **No Respondent(s).** : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks, Esquire (0075345)
    Adam B. Hall (323867)
    Edward H. Cahill (0088985)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@manleydeas.com

22-027350_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-20039** |
| **Jordan Manos AKA Jordan Emanuele-** : | **Chapter 13** |
| **Manos, DBA Enlightened Roads** : | **Judge Jeffery A. Deller** |
| **Construction Company** : | *** * * * * * * * * * * * * * * * * * * *** |
| : | |
| **Debtor(s)** : | |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| : | |
| **Movant,** : | |
| : | |
| **No Respondent(s).** : | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 18, 2022.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Michael S. Geisler, Attorney for Jordan Manos AKA Jordan Emanuele-Manos, DBA Enlightened Roads Construction Company, m.s.geisler@att.net

Service by First-Class Mail:
Jordan Manos AKA Jordan Emanuele-Manos, DBA Enlightened Roads Construction Company, 4733 Verona Road, Verona, PA 15147

EXECUTED ON: August 18, 2022

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

22-027350_PS