# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 20-20039-JAD |
| **Jordan Manos AKA Jordan Emanuele-** | : Chapter 13 |
| **Manos, DBA Enlightened Roads** | : Judge Jeffery A. Deller |
| **Construction Company** | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : |
| | : |
| **Jordan Manos AKA Jordan Emanuele-** | : Related to Document No. 167 |
| **Manos, DBA Enlightened Roads** | : |
| **Construction Company, Thomas Manos,** | : Date of Hearing |
| **Ronda J. Winnecour, Trustee** | : September 14, 2022 at 10:00 AM |
| **Movant** | : |
| | : |
| **v.** | : |
| | : |
| **PNC Bank, National Association** | : |
| **Respondent** | : |

## RESPONSE TO OBJECTION TO CLAIM (DOCKET # 167)

Now comes PNC Bank, National Association ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Objection to Claim number 17 filed by Jordan Manos AKA Jordan Emanuele-Manos, DBA Enlightened Roads Construction Company ("Debtor") on August 12, 2022 as follows:

Creditor asserts that the subject loan is a debt of the Debtors.  Debtor's Schedule F acknowledges the debt to Creditor as that of the Debtor.

Creditor is currently retrieving documentation to substantiate Debtor's liability for the subject debt, and requests an additional thirty (30) days in which to provide such documentation.

WHEREFORE, Creditor respectfully requests that a hearing be held on the matter and that the objection be overruled.

Respectfully submitted,

/s/ Adam B. Hall

22-027354_JDD1

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

22-027354_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | Case No.: 20-20039-JAD |
| **Jordan Manos AKA Jordan Emanuele-** : | **Chapter 13** |
| **Manos, DBA Enlightened Roads** : | **Judge Jeffery A. Deller** |
| **Construction Company** : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** : | |
| : | |
| **Jordan Manos AKA Jordan Emanuele-** : | Related to Document No. 167 |
| **Manos, DBA Enlightened Roads** : | |
| **Construction Company, Thomas Manos,** : | Date of Hearing |
| **Ronda J. Winnecour, Trustee** : | September 14, 2022 at 10:00 AM |
| **Movant** : | |
| : | |
| **v.** : | |
| : | |
| **PNC Bank, National Association** : | |
| **Respondent** | |

**CERTIFICATE OF SERVICE OF RESPONSE TO OBJECTION TO CLAIM**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 08/26/2022_____.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 08/26/2022_____

                                                                       By: Adam B. Hall_____
                                                                       Signature
                                                                        Adam B. Hall, Esquire_____
                                                                        Typed Name
                                                                        P.O. Box 165028, Columbus, OH 43216-5028_____
                                                                        Address
                                                                        614-220-5611_____
                                                                        Phone No.

22-027354_JDD1

<u>323867</u>
List Bar I.D. and State of Admission

22-027354_JDD1

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Michael S. Geisler, Attorney for Debtor, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235, m.s.geisler@att.net (notified by ecf)

Jordan Manos AKA Jordan Emanuele-Manos, DBA Enlightened Roads Construction Company and Thomas Manos, Debtor, 4733 Verona Road, Verona, PA  15147 (notified by regular US Mail)

22-027354_JDD1