IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 20-20039
**Jordan Manos AKA Jordan Emanuele-** : Chapter 13
**Manos, DBA  Enlightened Roads** : **Judge Jeffery A. Deller**
**Construction Company** : * * * * * * * * * * * * * * * * * *

**Debtor(s)**
:
**Jordan Manos AKA Jordan Emanuele-** : Related to Document 186   and 196
**Manos, DBA  Enlightened Roads** :
**Construction Company** :
**Thomas Manos** : **Date of Hearing**
: **September 28, 2022 at 10:00 AM**

**Ronda J. Winnecour** :
**Movant,** :
vs :

**PNC Bank, National Association**

**Respondents.**

## ORDER OF THE COURT

AND NOW, this ⎯22nd⎯ day of ⎯⎯September⎯⎯, 2022, upon consideration of

the Motion to Withdraw Response and for good cause shown, the Response to the Objection

to Claim filed at docket #186 is withdrawn.


sjk

Jeffery A. Deller
United States Bankruptcy Judge

FILED
9/22/22 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CC:

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

22-027354_KDV

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Michael S. Geisler, Attorney for Debtor, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235, m.s.geisler@att.net (notified by ecf)

Jordan Manos AKA Jordan Emanuele-Manos, DBA  Enlightened Roads Construction Company and Thomas Manos, Debtor, 4733 Verona Road, Verona, PA  15147 (notified by regular US Mail)

22-027354_KDV

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20039-JAD |
| Jordan Manos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Sep 22, 2022  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Jordan Manos, 4733 Verona Road, Verona, PA 15147-1849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: bnc@chapter13trusteewdpa.com | Sep 22 2022 23:21:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2022      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK NA amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Jeffrey R. Hunt | |

Case 20-20039-JAD    Doc 203    Filed 09/24/22    Entered 09/25/22 00:22:45    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck

on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Michael S. Geisler

on behalf of Plaintiff Jordan Manos m.s.geisler@att.net
msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler

on behalf of Joint Debtor Jordan Manos m.s.geisler@att.net
msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler

on behalf of Debtor Thomas Manos m.s.geisler@att.net
msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor PNC BANK  NA amps@manleydeas.com


TOTAL: 15