Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jordan Manos
aka Jordan Emanuele−Manos, dba Enlightened Roads
Construction Company**
25−1665557
   Debtor(s)

Bankruptcy Case No.: 20−20039−JAD

Chapter: 13
Docket No.: 217 − 216

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 26th of November, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/9/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/18/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/9/23.**

                                                      Jeffery A. Deller
                                                      United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20039-JAD |
| Jordan Manos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2022 | Form ID: 408 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Jordan Manos, 4733 Verona Road, Verona, PA 15147-1849 |
| r | + | Gina Mecorelli-Diaz, RE./MAX SELECT REALTY, 1187 Thorn Run Ext., Suite 400, Moon Township, PA 15108-3349 |
| r | + | Michael Pirollo, Keller Williams Realty-Pittsburgh East, 5425 Baum Boulevard, Pittsburgh, PA 15232-1201 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | WELLS FARGO BANK, N.A., 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 15271213 | | Bank of America, N.A., c/o Frederick I. Weinberg, Esquire, Frederick I. Weinberg and Assoc., 15 E. Elm Street, Suite 210, Conshohocken, PA 19428 |
| 15179537 | | Brian M. Kile,Esquire, Grenen & Birsic, P.C., One Gateway Center, Ninth Floor, Pittsburgh, PA 15222 |
| 15193793 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15193795 | | Duquesne Light Company, c/o Keri P. Ebeck, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15183662 | + | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| 15180069 | | Key Bank, N.A., c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15193797 | + | Municipality of Penn Hills, c/o Maiello, Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15193798 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15201842 | | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 86200 S. Quebec Street, Greenwood Village, CO 80111 |
| 15193801 | + | Wilkinsburg-Penn Joint Water Auth., 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Nov 28 2022 23:43:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 28 2022 23:43:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:57:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2022 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15181685 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2022 23:43:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15193791 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:47:17 | Capital One, by American InfoSource as agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15183424 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:46:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214177 | + | Email/Text: ebnjts@grblaw.com | Nov 28 2022 23:43:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Building, Pittsburgh PA 15219-6101 |
| 15185273 | | Email/Text: mrdiscen@discover.com | Nov 28 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15217174 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 28 2022 23:44:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15193796 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 28 2022 23:44:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15179539 | ^ | MEBN | Nov 28 2022 23:39:27 | KML Law Group, Suite 5000 - Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15179538 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 28 2022 23:44:00 | Key Bank, N.A., 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15201767 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2022 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15179540 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2022 23:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15206743 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2022 23:43:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15271214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:47:06 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15218071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2022 23:57:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15189771 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 28 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15193800 | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2022 23:43:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15179791 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 28 2022 23:47:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208504 | | Email/PDF: ebn_ais@aisinfo.com | Nov 28 2022 23:57:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NA |
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| cr | | SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WE |
| cr | | Specialized Loan Servicing, LLC as Servicing Agent |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| cr | *+ | WElls Fargo Bank, N.A., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15193792 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15193794 | * | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 15212753 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15193799 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK NA amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Michael S. Geisler | on behalf of Joint Debtor Jordan Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Debtor Thomas Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Plaintiff Jordan Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NA amps@manleydeas.com |

TOTAL: 15