## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JORDAN MANOS

       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:20-20039 JAD

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 23, 2022

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/05/2020  and confirmed on 9/3/20 .  The case was subsequently       Completed
After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 198,652.74 |
| Less Refunds to Debtor | 22,721.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 175,930.77 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,510.00 | |
| Trustee Fee | 8,768.48 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,278.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PNC BANK NA | 0.00 | 29,214.16 | 0.00 | 29,214.16 |
|   Acct: 8447 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 0.00 | 9,300.46 | 0.00 | 9,300.46 |
|   Acct: 9911 | | | | |
| PNC BANK NA | 13,645.48 | 13,645.48 | 0.00 | 13,645.48 |
|   Acct: 8447 | | | | |
| WELLS FARGO BANK NA - TRUSTEE | 1,570.90 | 1,570.90 | 0.00 | 1,570.90 |
|   Acct: 9911 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J240 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J245 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 3,903.23 | 3,903.23 | 1,106.00 | 5,009.23 |
|   Acct: J253 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 4,044.44 | 4,044.44 | 0.00 | 4,044.44 |
|   Acct: J253 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J222 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J222 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J240 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J245 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 1,027.82 | 1,027.82 | 291.34 | 1,319.16 |
|   Acct: J253 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 1,152.96 | 1,152.96 | 0.00 | 1,152.96 |
|   Acct: J253 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J222 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: J222 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 722.74 | 722.74 | 245.80 | 968.54 |
|   Acct: J253 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 158.06 | 158.06 | 0.00 | 158.06 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| Acct: J253 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J240 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J240 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J222 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J222 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J245 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J245 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 758.70 | 758.70 | 258.04 | 1,016.74 |
| Acct: E308 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 165.91 | 165.91 | 0.00 | 165.91 |
| Acct: E308 | | | | |
| KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5147 | | | | |
| KEYBANK NA** | 1,930.24 | 1,930.24 | 0.00 | 1,930.24 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5147 | | | | |
| | | | | 69,496.28 |
| Priority | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN MANOS | 20,000.00 | 20,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN MANOS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN MANOS | 2,721.97 | 2,721.97 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,510.00 | 2,510.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 852.39 | 852.39 | 0.00 | 852.39 |
| Acct: 4121 | | | | |
| INTERNAL REVENUE SERVICE* | 19,994.10 | 19,994.10 | 0.00 | 19,994.10 |
| Acct: 4121 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 21,132.74 | 21,132.74 | 0.00 | 21,132.74 |
| Acct: XXXS/OE | | | | |
| | | | | 41,979.23 |
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1383 | | | | |
| CITIZENS BANK NA** | 8,022.72 | 8,022.72 | 0.00 | 8,022.72 |
| Acct: 7504 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 7,938.98 | 7,938.98 | 0.00 | 7,938.98 |
| Acct: 4553 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 105.93 | 105.93 | 0.00 | 105.93 |
| Acct: 1382 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

20-20039 JAD

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7998 | | | | |
| INTERNAL REVENUE SERVICE* | 36,313.34 | 36,313.34 | 0.00 | 36,313.34 |
| Acct: 4121 | | | | |
| PA DEPARTMENT OF REVENUE* | 138.95 | 138.95 | 0.00 | 138.95 |
| Acct: 4121 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6521 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1654 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 189.01 | 189.01 | 0.00 | 189.01 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 156.30 | 156.30 | 0.00 | 156.30 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 93.88 | 93.88 | 0.00 | 93.88 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 217.67 | 217.67 | 0.00 | 217.67 |
| Acct: 2221 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8143 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7998 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 53,176.78 |

TOTAL PAID TO CREDITORS                                    164,652.29

TOTAL CLAIMED
PRIORITY          41,979.23
SECURED           29,080.48
UNSECURED         53,176.78

Date: 11/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

     JORDAN MANOS

          Debtor(s)

     Ronda J. Winnecour
          Movant
          vs.
     No Repondents.

Case No.:20-20039 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-20039-JAD

Jordan Manos                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Jordan Manos, 4733 Verona Road, Verona, PA 15147-1849 |
| r | + | Gina Mecorelli-Diaz, RE./MAX SELECT REALTY, 1187 Thorn Run Ext., Suite 400, Moon Township, PA 15108-3349 |
| r | + | Michael Pirollo, Keller Williams Realty-Pittsburgh East, 5425 Baum Boulevard, Pittsburgh, PA 15232-1201 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpoint II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | WELLS FARGO BANK, N.A., 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 15271213 | | Bank of America, N.A., c/o Frederick I. Weinberg, Esquire, Frederick I. Weinberg and Assoc., 15 E. Elm Street, Suite 210, Conshohocken, PA 19428 |
| 15179537 | | Brian M. Kile,Esquire, Grenen & Birsic, P.C., One Gateway Center, Ninth Floor, Pittsburgh, PA 15222 |
| 15193793 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15193795 | | Duquesne Light Company, c/o Keri P. Ebeck, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15183662 | + | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| 15180069 | | Key Bank, N.A., c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15193797 | + | Municipality of Penn Hills, c/o Maiello, Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15193798 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15201842 | | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 86200 S. Quebec Street, Greenwood Village, CO 80111 |
| 15193801 | + | Wilkinsburg-Penn Joint Water Auth., 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Nov 28 2022 23:43:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 28 2022 23:43:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2022 23:47:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2022 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15181685 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2022 23:43:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15193791 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:46:39 | Capital One, by American InfoSource as agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15183424 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 28 2022 23:47:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214177 | + | Email/Text: ebnjts@grblaw.com | Nov 28 2022 23:43:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick |

District/off: 0315-2                          User: auto                              Page 2 of 3
Date Rcvd: Nov 28, 2022                       Form ID: pdf900                         Total Noticed: 37

| | | | |
|---|---|---|---|
| | | | Building, Pittsburgh PA 15219-6101 |
| 15185273 | | Email/Text: mrdiscen@discover.com | |
| | | Nov 28 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15217174 | + | Email/Text: kburkley@bernsteinlaw.com | |
| | | Nov 28 2022 23:44:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15193796 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Nov 28 2022 23:44:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15179539 | ^ | MEBN | |
| | | Nov 28 2022 23:39:26 | KML Law Group, Suite 5000 - Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15179538 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | |
| | | Nov 28 2022 23:44:00 | Key Bank, N.A., 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15201767 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Nov 28 2022 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15179540 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Nov 28 2022 23:43:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15206743 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Nov 28 2022 23:43:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15271214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Nov 28 2022 23:47:18 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15218071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Nov 28 2022 23:57:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15189771 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Nov 28 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15193800 | + | Email/Text: ebnpeoples@grblaw.com | |
| | | Nov 28 2022 23:43:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15179791 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Nov 28 2022 23:47:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208504 | | Email/PDF: ebn_ais@aisinfo.com | |
| | | Nov 28 2022 23:57:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NA |
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| cr | | SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WE |
| cr | | Specialized Loan Servicing, LLC as Servicing Agent |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| cr | *+ | WElls Fargo Bank, N.A., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15193792 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15193794 | * | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 15212753 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15193799 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Nov 28, 2022 Form ID: pdf900 Total Noticed: 37

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 30, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NA amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Michael S. Geisler | on behalf of Joint Debtor Jordan Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Debtor Thomas Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Plaintiff Jordan Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK  NA amps@manleydeas.com |

TOTAL: 15