# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

Name of debtor:  Jordan Manos

Trustee: Ronda J. Winnecour

Case Number: 20-20039-JAD

Chapter 13

Judge: Jeffrey A. Deller

### RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS FILED ON:   11/18/2022

Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.

Name of creditor: Specialized Loan Servicing, LLC

Last four digits of any number you use to identify the debtor's account:   9911

### Statement in Response as of: 12/08/2022

**Part 1: Pre-Petition Arrears - Court claim no. (if known) #15-1    (Docket Entry #214)**

Creditor ☒ agrees ☐ does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

If Creditor disagrees:
  Amount of pre-petition arrears due at filing:
  Amount received from the Chapter 13 Trustee
  Pre-Petition arrears remaining due:

**Part 2: Post-Petition Amounts**

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

If Creditor disagrees:
  Post-petition amounts remaining due:                $0

4129-N-4754

1

| **Part 3: Sign Here** | |
|---|---|
| Print Name: | Mukta Suri |
| Title: | Authorized Agent for Specialized Loan Servicing LLC |
| Company: | Bonial & Associates, P.C. |

/s/ Mukta Suri
Signature

12/8/2022
Date

Address and telephone number:

P. O. Box 9013
Addison, TX 75001

Telephone:  (972) 643-6600    Email:   POCInquiries@BonialPC.com

4129-N-4754

2

**CERTIFICATE OF SERVICE**

      I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before December 8, 2022.

**Join Debtor**  *Via U.S. Mail*
Jordan Manos
4733 Verona Road
Verona, PA 15147

**Debtors' Attorney**
Michael S. Geisler
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

    Respectfully Submitted,

    /s/  Mukta Suri