| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jordan Manos**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6991<br>EIN   25–1665557 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–20039–JAD | |

# Order of Discharge                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Jordan Manos
>   aka Jordan Emanuele–Manos, dba Enlightened
>   Roads Construction Company

<u>1/11/23</u>                                                              **By the court:** <u>Jeffery A. Deller</u>
                                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20039-JAD |
| Jordan Manos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 11, 2023 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Jordan Manos, 4733 Verona Road, Verona, PA 15147-1849 |
| r | + | Gina Mecorelli-Diaz, RE./MAX SELECT REALTY, 1187 Thorn Run Ext., Suite 400, Moon Township, PA 15108-3349 |
| r | + | Michael Pirollo, Keller Williams Realty-Pittsburgh East, 5425 Baum Boulevard, Pittsburgh, PA 15232-1201 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | WELLS FARGO BANK, N.A., 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Wells Fargo Bank, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15271213 | | Bank of America, N.A., c/o Frederick I. Weinberg, Esquire, Frederick I. Weinberg and Assoc., 15 E. Elm Street, Suite 210, Conshohocken, PA 19428 |
| 15179537 | | Brian M. Kile,Esquire, Grenen & Birsic, P.C., One Gateway Center, Ninth Floor, Pittsburgh, PA 15222 |
| 15193793 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 15193795 | | Duquesne Light Company, c/o Keri P. Ebeck, Esquire, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15183662 | + | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| 15180069 | | Key Bank, N.A., c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15193797 | + | Municipality of Penn Hills, c/o Maiello, Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15193798 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, Foxpointe II, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15201842 | | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 86200 S. Quebec Street, Greenwood Village, CO 80111 |
| 15193801 | + | Wilkinsburg-Penn Joint Water Auth., 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Jan 12 2023 00:11:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Jan 12 2023 05:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2023 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 12 2023 00:11:00 | County of Allegheny, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 12 2023 05:09:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2023 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jan 12 2023 00:11:00 | Specialized Loan Servicing, LLC, 14841 Dallas |

Case 20-20039-JAD    Doc 229    Filed 01/13/23    Entered 01/14/23 00:29:11    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 3180W | Total Noticed: 40 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15181685 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 12 2023 00:11:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15193791 | | EDI: CAPITALONE.COM | Jan 12 2023 05:09:00 | Capital One, by American InfoSource as agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15183424 | | EDI: CAPITALONE.COM | Jan 12 2023 05:09:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15214177 | + | Email/Text: ebnjts@grblaw.com | Jan 12 2023 00:11:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15185273 | | EDI: DISCOVER.COM | Jan 12 2023 05:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15217174 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 12 2023 00:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15193796 | | EDI: IRS.COM | Jan 12 2023 05:09:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15179539 | ^ | MEBN | Jan 12 2023 00:07:42 | KML Law Group, Suite 5000 - Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15179538 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 12 2023 00:12:00 | Key Bank, N.A., 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 15201767 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2023 00:12:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15179540 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2023 00:11:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15206743 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2023 00:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15271214 | | EDI: PRA.COM | Jan 12 2023 05:09:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15218071 | | EDI: PRA.COM | Jan 12 2023 05:09:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15189771 | | EDI: PENNDEPTREV | Jan 12 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15189771 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15193800 | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2023 00:11:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15179791 | + | EDI: RMSC.COM | Jan 12 2023 05:09:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15208504 | | EDI: AIS.COM | Jan 12 2023 05:09:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 3 of 4 |
| Date Rcvd: Jan 11, 2023 | | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NA |
| cr | | PNC Mortgage, A Division of PNC Bank, National Ass |
| cr | | SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR WE |
| cr | | Specialized Loan Servicing, LLC as Servicing Agent |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Key Bank, N.A., 4224 Ridge Lea, Amherst, NY 14226-1016 |
| cr | *+ | WElls Fargo Bank, N.A., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15193792 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 15193794 | * | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 15212753 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15193799 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NA amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor PNC Mortgage  A Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor Key Bank  N.A. bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC AS SERVICER FOR WELLS FARGO BANK, N.A., AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as Servicing Agent for Wells Fargo Bank, N.A., as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-5 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| Michael S. Geisler | on behalf of Joint Debtor Jordan Manos m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 11, 2023 | Form ID: 3180W | Total Noticed: 40 |

Michael S. Geisler
    on behalf of Debtor Thomas Manos m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Plaintiff Jordan Manos m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK NA amps@manleydeas.com

TOTAL: 15